UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

SONTERRA CAPITAL MASTER FUND, LTD. and HAYMAN CAPITAL MANAGEMENT, L.P., on behalf of themselves and all others similarly situated,

                Plaintiffs,

                - against -

UBS AG, UBS SECURITIES JAPAN CO. LTD., MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, BARCLAYS BANK PLC, BARCLAYS PLC, BARCLAYS CAPITAL INC., CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, LLOYDS BANKING GROUP PLC, HBOS PLC, LLOYDS BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, R.P. MARTIN HOLDINGS LIMITED, MARTIN BROKERS (UK) LTD., TULLETT PREBON PLC, BANK OF AMERICA CORPORATION, BANK OF

Case No. 15-cv-5844-GBD

ECF CASE

**NOTICE OF APPEARANCE**

```
AMERICA, N.A., MERRILL LYNCH              :
INTERNATIONAL INCORPORATED, AND           :
JOHN DOE NOS. 1-50,                       :
                                          :
                    Defendants.           :
-------------------------------------------- X
```

PLEASE TAKE NOTICE that the undersigned attorney, YVONNE S. QUINN, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Barclays PLC, Barclays Bank PLC and Barclays Capital Inc., defendants in this case.  This entry of appearance is subject to and without waiving any applicable defenses, including but not limited to lack of personal jurisdiction and insufficient service.

Dated:   October 23, 2015
         New York, New York

                                         /s/ Yvonne S. Quinn
                               Yvonne S. Quinn
                               SULLIVAN & CROMWELL LLP
                               125 Broad Street
                               New York, New York  10004
                               quinny@sullcrom.com
                               Telephone:  (212) 558-4000
                               Facsimile:  (212) 558-3588

*Attorney for Barclays PLC,*
      *Barclays Bank PLC,*
      *Barclays Capital Inc.*