UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

SONTERRA CAPITAL MASTER FUND,
LTD. and HAYMAN CAPITAL
MANAGEMENT, L.P., on behalf of
themselves and all others similarly situated,

                        Plaintiffs,

                - against -

UBS AG, UBS SECURITIES JAPAN CO.
LTD., MIZUHO BANK, LTD., THE BANK
OF TOKYO-MITSUBISHI UFJ, LTD., THE
SUMITOMO TRUST AND BANKING CO.,
LTD., THE NORINCHUKIN BANK,
MITSUBISHI UFJ TRUST AND BANKING
CORPORATION, SUMITOMO MITSUI
BANKING CORPORATION, RESONA
BANK, LTD., J.P. MORGAN CHASE & CO.,
JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, J.P. MORGAN SECURITIES
PLC, MIZUHO CORPORATE BANK, LTD.,
DEUTSCHE BANK AG, DB GROUP
SERVICES UK LIMITED, MIZUHO TRUST
AND BANKING CO., LTD., THE SHOKO
CHUKIN BANK, LTD., SHINKIN CENTRAL
BANK, THE BANK OF YOKOHAMA, LTD.,
SOCIÉTÉ GÉNÉRALE SA, THE ROYAL
BANK OF SCOTLAND GROUP PLC, THE
ROYAL BANK OF SCOTLAND PLC, RBS
SECURITIES JAPAN LIMITED, BARCLAYS
BANK PLC, BARCLAYS PLC, BARCLAYS
CAPITAL INC., CITIBANK, NA,
CITIGROUP, INC., CITIBANK, JAPAN LTD.,
CITIGROUP GLOBAL MARKETS JAPAN,
INC., COÖPERATIEVE CENTRALE
RAIFFEISEN-BOERENLEENBANK B.A.,
HSBC HOLDINGS PLC, HSBC BANK PLC,
LLOYDS BANKING GROUP PLC, HBOS
PLC, LLOYDS BANK PLC, ICAP PLC, ICAP
EUROPE LIMITED, R.P. MARTIN
HOLDINGS LIMITED, MARTIN BROKERS
(UK) LTD., TULLETT PREBON PLC, BANK

Case No. 15-cv-5844-GBD

ECF CASE

**NOTICE OF APPEARANCE**

OF AMERICA CORPORATION, BANK OF       :
AMERICA, N.A., MERRILL LYNCH          :
INTERNATIONAL INCORPORATED, AND       :
JOHN DOE NOS. 1-50,                   :
                                      :
                    Defendants.       :
--------------------------------------------------------- x

PLEASE TAKE NOTICE that the undersigned attorney, JEFFREY T. SCOTT, of

the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this

Court, hereby appears as counsel for Barclays PLC, Barclays Bank PLC and Barclays Capital

Inc., defendants in this case.  This entry of appearance is subject to and without waiving any

applicable defenses, including but not limited to lack of personal jurisdiction and insufficient

service.


Dated:    October 23, 2015
          New York, New York


                              _____
                                        /s/ Jeffrey T. Scott
                              Jeffrey T. Scott
                              SULLIVAN & CROMWELL LLP
                              125 Broad Street
                              New York, New York  10004
                              scottj@sullcrom.com
                              Telephone:  (212) 558-4000
                              Facsimile:  (212) 558-3588

                              *Attorney for Barclays PLC,*
                                      *Barclays Bank PLC,*
                                      *Barclays Capital Inc.*

2