```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
SONTERRA CAPITAL MASTER FUND        :
LTD, et al.,
                                    :
                Plaintiffs,             15 Civ. 5844 (GBD)(HBP)
                                    :
     -against-                          ORDER
                                    :
UBS AG et al.,
                Defendants.         :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2015

PITMAN, United States Magistrate Judge:

A conference having been held on October 21, 2015 during which certain discovery issues were discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

    1. All discovery in this matter is stayed pending resolution of the presently contemplated motion to dismiss.

Dated:  New York, New York
       October 22, 2015

SO ORDERED

*/s/ Henry Pitman*
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

All Counsel