UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD. and HAYMAN CAPITAL MANAGEMENT, L.P., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>UBS AG et al.,<br><br>Defendants. | Case No. 15-cv-05844-GBD-HBP |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
DEFENDANTS JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., AND
J.P. MORGAN SECURITIES PLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities plc, by their undersigned counsel, state as follows:

1. Defendant JPMorgan Chase & Co. is a publicly held corporation. JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10 percent or more of JPMorgan Chase & Co.'s stock.

2. Defendant JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co., a publicly held corporation. No other publicly held corporation owns 10 percent or more of JPMorgan Chase Bank, N.A.'s stock.

3. Defendant J.P. Morgan Securities plc is an indirect wholly-owned subsidiary of JPMorgan Chase & Co., a publicly held corporation. No other publicly held corporation owns 10 percent or more of J.P. Morgan Securities plc's stock.

Dated: New York, New York
October 26, 2015

                        Respectfully submitted,

                        SIMPSON THACHER & BARTLETT LLP

By:    /s/ Paul C. Gluckow
        Thomas C. Rice (trice@stblaw.com)
        Paul C. Gluckow (pgluckow@stblaw.com)
        Shannon P. Torres (storres@stblaw.com)
        Omari L. Mason (omason@stblaw.com)
        425 Lexington Avenue
        New York, New York 10017
        Tel: (212) 455-2000
        Fax: (212) 455-2502

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities plc*