UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD. and HAYMAN CAPITAL MANAGEMENT, L.P., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>UBS AG et al.,<br><br>Defendants. | Case No. 15-cv-05844-GBD-HBP<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Thomas C. Rice of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities plc in this action and requests that all subsequent papers be served upon the undersigned at the address below.  This entry of appearance is subject to and without waiving any applicable defenses, including but not limited to lack of personal jurisdiction.

Dated: New York, New York
       October 26, 2015

                                  Respectfully submitted,

                                  SIMPSON THACHER & BARTLETT LLP

                          By:  /s/ Thomas C. Rice
                                Thomas C. Rice (trice@stblaw.com)
                                425 Lexington Ave.
                                New York, New York 10017-3954
                                Telephone: (212) 455-2000
                                Facsimile: (212) 455-2502

                                *Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities plc*