**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:                          │
│ DATE FILED: 10/28/15            │
└─────────────────────────────────┘
```

SONTERRA CAPITAL MASTER FUND, LTD. and
HAYMAN CAPITAL MANAGEMENT, L.P., on behalf of
themselves and all others similarly situated,

              Plaintiffs,

        - against -

UBS AG, UBS SECURITIES JAPAN CO. LTD., MIZUHO
BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ,
LTD., THE SUMITOMO TRUST AND BANKING CO.,
LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ
TRUST AND BANKING CORPORATION, SUMITOMO
MITSUI BANKING CORPORATION, RESONA BANK,
LTD., J.P. MORGAN CHASE & CO., JPMORGAN CHASE
BANK, NATIONAL ASSOCIATION, J.P. MORGAN
SECURITIES PLC, MIZUHO CORPORATE BANK, LTD.,
DEUTSCHE BANK AG, DB GROUP SERVICES UK
LIMITED, MIZUHO TRUST AND BANKING CO., LTD.,
THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL
BANK, THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ
GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND
GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC,
RBS SECURITIES JAPAN LIMITED, BARCLAYS BANK
PLC, BARCLAYS PLC, BARCLAYS CAPITAL INC.,
CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN
LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC.,
COÖPERATIEVE CENTRALE RAIFFEISEN-
BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC
BANK PLC, LLOYDS BANKING GROUP PLC, HBOS PLC,
LLOYDS BANK PLC, ICAP PLC, ICAP EUROPE LIMITED,
R.P. MARTIN HOLDINGS LIMITED, MARTIN BROKERS
(UK) LTD., TULLETT PREBON PLC, BANK OF AMERICA
CORPORATION, BANK OF AMERICA, N.A., MERRILL
LYNCH INTERNATIONAL INCORPORATED, AND JOHN
DOE NOS. 1-50,

              Defendants.

No. 15-cv-5844(GBD)(HBP)

**ORDER FOR ADMISSION**
*PRO HAC VICE*

## ORDER FOR ADMISSION PRO HAC VICE

The Motion of Michael A. Brille for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Michael A. Brille |
| Firm Name: | Boies, Schiller & Flexner LLP |
| Address: | 5301 Wisconsin Avenue, NW<br>Suite 800<br>Washington, DC 20015 |
| Telephone: | (202) 237-9608 |
| Fax: | (202) 237-6131 |
| E-Mail: | mbrille@bsfllp.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Barclays Bank PLC, Barclays PLC, and Barclays Capital Inc. in the above titled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

Dated:

10-28-15

Hon. ~~George B. Daniels,~~ United States ~~District~~ Judge

HENRY PITMAN                    MAGISTRATE