UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONTERRA CAPITAL MASTER FUND LTD., et al.,

                Plaintiffs,

vs.

UBS AG, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/15

ORDER FOR ADMISSION
PRO HAC VICE

Case No.: 15-cv-05844 (GBD)

GEORGE B. DANIELS, District Judge:

The motion of Anthony R. Van Vuren for admission to practice Pro Hac Vice in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bars of the State of Maryland and the District of Columbia; and that his contact information is as follows:

    Anthony R. Van Vuren
    MORGAN, LEWIS & BOCKIUS LLP
    1111 Pennsylvania Ave., NW
    Washington, DC 20004
    Tel. (202) 739-5843
    Fax (202) 739-3001
    anthony.vanvuren@morganlewis.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Sumitomo Mitsui Banking Corporation in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: *10-30-15*  SO ORDERED:
New York, New York

> THE HONORABLE GEORGE B. DANIELS
> United States District Judge
>
> SO ORDERED
>
> *[signature]*
> HENRY PITMAN
> UNITED STATES MAGISTRATE JUDGE
> *10-30-15*