UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: OCT 3 0 2015

SONTERRA CAPITAL MASTER FUND LTD., et al.,

Plaintiffs,

vs.

UBS AG, et al.,

Defendants.

ORDER FOR ADMISSION
PRO HAC VICE

Case No.: 15-cv-05844 (GBD)

GEORGE B. DANIELS, District Judge:

The motion of Jon R. Roellke for admission to practice Pro Hac Vice in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Massachusetts and the District of Columbia; and that his contact information is as follows:

> Jon R. Roellke
> MORGAN, LEWIS & BOCKIUS LLP
> 1111 Pennsylvania Ave., NW
> Washington, DC 20004
> Tel. (202) 739-5754
> Fax (202) 739-3001
> jon.roellke@morganlewis.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Sumitomo Mitsui Banking Corporation in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          SO ORDERED:
New York, New York

OCT 30 2015                     _____
                                *George B. Daniels*
                                THE HONORABLE GEORGE B. DANIELS
                                United States District Judge