**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SONTERRA CAPITAL MASTER FUND LTD., et :
al.,

                    Plaintiffs,

        -against-

UBS AG, et al.,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 30 2015

ORDER

15-cv-05844 (GBD) (HBP)

GEORGE B. DANIELS, United States District Judge:

      The Plaintiffs are granted an extension from December 1, 2015 to December 18, 2015 to

file an amended complaint in the above-captioned action.

Dated: New York, New York
       November 30, 2015

                                     SO ORDERED:

                                  *George B. Daniels*

                                  GEORGE B. DANIELS
                                  United States District Judge