UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD. and HAYMAN CAPITAL MANAGEMENT, L.P., on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>            v.<br><br>UBS AG, et al.,<br><br>                    Defendants. | No. 15-cv-05844 (GBD) (HBP)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Maggie Maurone hereby appears on behalf of defendant The Shoko Chukin Bank, Ltd. in the above-captioned action, certifies that she is admitted to practice before this Court, and requests that copies of all papers in this action be served on the undersigned at the address below.

Dated:  December 8, 2015.

Respectfully submitted,

/s/ Maggie Maurone
Maggie Maurone
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY   10022
Telephone:  (212) 715-1000
Facsimile:   (212) 715-1399
maggie.maurone@aporter.com

*Counsel for Defendant The Shoko Chukin Bank, Ltd.*