UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD. and HAYMAN CAPITAL MANAGEMENT, L.P., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>UBS AG, et al.,<br><br>Defendants. | Case No. 15-CV-5844 (GBD)(HBP)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that SEAN M. MURPHY of the law firm Milbank, Tweed, Hadley & McCloy LLP, hereby enters his appearance in the above-captioned action on behalf of Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. ("Rabobank"), as counsel of record and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.[1]

Dated:  New York, New York
          December 14, 2015

MILBANK, TWEED, HADLEY & MCCLOY LLP

By:   /s/ Sean M. Murphy

Sean M. Murphy
28 Liberty Street
New York, New York 10005-1413
(212) 530-5000
(212) 822-5219 (facsimile)
SMurphy@milbank.com

*Attorney for Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.*

---

[1] In filing this Notice of Appearance, Rabobank does not waive any objections to forum or venue and respectfully reserves all defenses permitted under the Federal Rules of Civil Procedure, and any other applicable law or rule, in this matter.