UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD. and HAYMAN CAPITAL MANAGEMENT, L.P., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>UBS AG, et al.,<br><br>Defendants. | Case No. 15-CV-5844 (GBD)(HBP)<br>ECF Case<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. ("Rabobank") certifies as follows: Rabobank has no parent corporation, and no publicly held corporation owns 10% or more of Rabobank.

Dated:  New York, New York
         December 14, 2015

                                               MILBANK, TWEED, HADLEY & MCCLOY LLP

                                               By:   /s/ David R. Gelfand

                                                         David R. Gelfand
                                                         Sean M. Murphy
                                                         28 Liberty Street
                                                         New York, New York 10005-1413
                                                        (212) 530-5000
                                                        (212) 822-5219 (facsimile)
                                                        DGelfand@milbank.com
                                                        SMurphy@milbank.com

                                                        *Counsel for Defendant Coöperatieve*
                                                        *Centrale Raiffeisen-Boerenleenbank B.A.*