UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
SONTERRA CAPITAL MASTER FUND LTD.,　　　:

　　　　　　　　　　　Plaintiffs,　　　　　　　　:

　　　　-against-　　　　　　　　　　　　　　　　:　　15-CIV-5844 (GBD)

USB AG, et al.,　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　Defendants.　　　　　　　　:
------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 16 2015

## ORDER

The motion of Joel S. Sanders for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California, and that his contact information is as follows:

Joel S. Sanders
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8268
Facsimile: (415) 374-8439
jsanders@gibsondunn.com

Applicant having requested admission *pro hac vice* for all purposes as counsel for UBS AG and UBS Securities Japan Co. Ltd. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: DEC 16 2015

　　　　　　　　　　　　　　　　　　　　_George B. Daniels_
　　　　　　　　　　　　　　　　　　　　HONORABLE GEORGE B. DANIELS
　　　　　　　　　　　　　　　　　　　　United States District Judge

2