UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SONTERRA CAPITAL MASTER FUND LTD.,

        Plaintiffs,

    -against-

USB AG, et al.,

        Defendants.
------------------------------------------------------------ x

15-CIV-5844 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/15

## ORDER

The motion of Joel S. Sanders for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California, and that his contact information is as follows:

    Joel S. Sanders
    GIBSON, DUNN & CRUTCHER LLP
    555 Mission Street, Suite 3000
    San Francisco, CA 94105
    Telephone: (415) 393-8268
    Facsimile: (415) 374-8439
    jsanders@gibsondunn.com

Applicant having requested admission *pro hac vice* for all purposes as counsel for UBS AG and UBS Securities Japan Co. Ltd. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 12-16-15

                                             ~~HONORABLE GEORGE B. DANIELS~~
                                             ~~United States District Judge~~
                                             HENRY PITMAN
                                             U.S. M.J.