UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., *et al.*,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　- against -<br><br>UBS AG, *et al.*,<br><br>　　　　　　　　　　　　Defendants. | No. 15-cv-5844 (GBD)<br><br>**NOTICE OF APPEARANCE** |

　　　　　Please take notice that Moses Silverman of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters his appearance as one of the counsel in the above-captioned action for Defendants Deutsche Bank AG and DB Group Services (UK) Limited and requests that all future correspondence and papers be served upon the undersigned.

Dated: December 22, 2015
　　　　New York, New York

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Moses Silverman
　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　New York, NY 10019-6064
　　　　　　　　　　　　　　　　Telephone: (212) 373-3355
　　　　　　　　　　　　　　　　Facsimile: (212) 492-0355
　　　　　　　　　　　　　　　　msilverman@paulweiss.com

　　　　　　　　　　　　　　　　*Counsel for Defendants Deutsche Bank AG*
　　　　　　　　　　　　　　　　*& DB Group Services (UK) Limited*