UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., *et al.*,<br><br>                                Plaintiffs,<br><br>       - against -<br><br>UBS AG, *et al.*,<br><br>                                Defendants. | No. 15-cv-5844 (GBD)<br><br>**NOTICE OF APPEARANCE** |

        Please take notice that Andrew C. Finch of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters his appearance as one of the counsel in the above-captioned action for Defendants Deutsche Bank AG and DB Group Services (UK) Limited and requests that all future correspondence and papers be served upon the undersigned.

Dated: December 22, 2015
       New York, New York

*/s/ Andrew C. Finch*
Andrew C. Finch
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3460
Facsimile: (212) 492-0460
afinch@paulweiss.com

*Counsel for Defendants Deutsche Bank AG
& DB Group Services (UK) Limited*