UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., *et al.*,<br><br>                           Plaintiffs,<br>     - against -<br><br>UBS AG, *et al.*,<br><br>                           Defendants. | No. 15-cv-5844 (GBD)<br><br>**CORPORATE DISCLOSURE STATEMENT** |

       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendants Deutsche Bank AG and DB Group Services (UK) Limited certifies as follows:

       1.     Deutsche Bank AG, a publicly held corporation organized under the laws of Germany, has no parent corporation. No publicly held corporation owns 10 percent or more of Deutsche Bank AG's stock.

       2.     DB Group Services (UK) Limited is a wholly owned indirect subsidiary of Deutsche Bank AG.

Dated:   New York, New York
             December 22, 2015

Respectfully submitted,

*/s/ Andrew C. Finch*
Andrew C. Finch
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel.:   (212) 373-3460
Fax:   (212) 492-0460
afinch@paulweiss.com

*Counsel for Defendants Deutsche Bank AG*
*& DB Group Services (UK) Limited*