UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD. and HAYMAN CAPITAL MANAGEMENT, L.P., on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>    - against -<br><br>UBS AG, et al.,<br><br>      Defendants. | Docket No. 15-cv-5844 (GBD)<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Dale C. Christensen, Jr., an attorney admitted to practice before this Court, hereby respectfully enters his appearance as attorney of record for Defendant Sumitomo Mitsui Trust Bank, Ltd. ("Sumitomo Trust"), formerly known as The Sumitomo Trust and Banking Co., Ltd., and requests that all subsequent papers be served upon him at the address below.  Except as to the defense of insufficient service of process, this appearance is made without prejudice to, or waiver of, any defense of Sumitomo Trust, including but not limited to the defense of lack of personal jurisdiction.

Dated:  New York, New York
     December 22, 2015

                SEWARD & KISSEL LLP

                 s/ Dale C. Christensen, Jr.
               Dale C. Christensen, Jr. (DC 4441)
               One Battery Park Plaza
               New York, New York  10004
               Tel.: (212) 574-1200
               Fax: (212) 480-8421
               christensen@sewkis.com

SK 00179 0034 6843920