UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD. and HAYMAN CAPITAL MANAGEMENT, L.P., on behalf of himself and all others similarly situated,<br><br>                      Plaintiffs,<br><br>                      - against -<br><br>UBS AG, et al.,<br><br>                      Defendants. | Docket No. 15-cv-5844 (GBD)<br><br>**RULE 7.1 STATEMENT** |

        Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Sumitomo Mitsui Trust Bank, Ltd. ("Sumitomo Trust"), formerly known as The Sumitomo Trust and Banking Co., Ltd., certifies that it is wholly owned by Sumitomo Mitsui Trust Holdings, Inc., a Tokyo-based holding company that is publicly traded on the Tokyo Stock Exchange.

Dated:      New York, New York
               December 22, 2015

                                              SEWARD & KISSEL LLP

                                                  s/ Dale C. Christensen, Jr.
                                              Dale C. Christensen, Jr. (DC 4441)
                                              Michael B. Weitman (MW 0523)
                                              One Battery Park Plaza
                                              New York, New York  10004
                                              Tel.: (212) 574-1200
                                              Fax: (212) 480-8421
                                              *Attorneys for Defendant Sumitomo Mitsui Trust Bank, Ltd.*

SK 00179 0034 6843946