IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., HAYMAN CAPITAL MANAGEMENT, L.P., and CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>- against -<br><br>UBS AG, et al.,<br><br>                    Defendants. | Docket No. 15-cv-5844<br><br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiffs SONTERRA CAPITAL MASTER FUND, LTD. and HAYMAN CAPITAL MANAGEMENT, L.P. in this action.  I certify that I am admitted to practice in this Court.

Dated:  December 22, 2015

> Respectfully submitted,
>
> By:   /s Lee J. Lefkowitz
>          Lee J. Lefkowitz
>          **LOWEY DANNENBERG COHEN & HART, P.C.**
>          White Plains Plaza, Suite 509
>          One North Broadway
>          White Plains, NY  10601-1714
>          Telephone:  914-997-0500
>          Facsimile:  914-997-0035
>          Email: llefkowitz@lowey.com
>
>          *Attorney for Plaintiffs SONTERRA CAPITAL MASTER FUND, LTD. and HAYMAN CAPITAL MANAGEMENT, L.P.*