IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., HAYMAN CAPITAL MANAGEMENT, L.P., and CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　- against -<br><br>UBS AG, UBS SECURITIES JAPAN CO. LTD., MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, RBS SECURITIES INC., BARCLAYS BANK PLC, BARCLAYS PLC, BARCLAYS CAPITAL INC., CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, LLOYDS BANKING GROUP PLC, LLOYDS BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, R.P. MARTIN HOLDINGS LIMITED, MARTIN BROKERS (UK) LTD., TULLETT PREBON PLC, BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., MERRILL LYNCH INTERNATIONAL, AND JOHN DOE NOS. 1-50,<br><br>　　　　　　　Defendants. | Docket No. 15-cv-5844 (GBD)<br>ECF Case<br><br>**AFFIDAVIT OF SERVICE** |

1

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF WESTCHESTER      )

I, Peter D. St. Phillip, Jr., being duly sworn, deposes and says:

1. I am a shareholder with the law firm Lowey Dannenberg Cohen & Hart, P.C., counsel for Plaintiffs and the proposed class in this action.

2. On January 5, 2016, I caused to be served via Federal Express International Priority courier a "FedEx Pak" containing a true and correct copy of the Summons and Amended Complaint in the above-captioned action on Defendant Mizuho Trust and Banking Co., Ltd. ("Mizuho"), along with a copy of all exhibits to the Amended Complaint. The documents were not translated from English to Japanese.[1] The Federal Express package was addressed to:

> TAKEO NAKANO, PRESIDENT & CEO
> MIZUHO TRUST AND BANKING CO., LTD.
> 1-2-1 YAESU CHUO-KU, TOKYO 103-8670
> TOKYO, 1038670 JP

3. On that same date, I caused an e-mail to be sent to Jeffrey Resetarits, Esq. at jresetarits@shearman.com, counsel of record for Mizuho in the related *Laydon v. Mizuho Bank, Ltd. et al.*, 12-cv-3419 (S.D.N.Y.) action. That e-mail attached a carbon copy of the covering letter accompanying the Federal Express package (but not the Summons, Amended Complaint and attachments thereto). A true and correct copy of the e-mail and attachment is collectively annexed hereto as Exhibit "A".

4. Mizuho is a Japanese corporation. As a foreign corporation, Mizuho may be served "by any internationally agreed means of service that is reasonably calculated to give

---

[1] *See Lemme v. Wine of Japan Import*, 631 F. Supp. 456, 464 (E.D.N.Y. 1986).

2

notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents." *See* Fed. R. Civ. P. 4(f)(1) &(h)(2).

5. The United States and Japan have entered into the Hague Convention. Article 10(a) of the Hague Convention states that "the present Convention shall not interfere with . . . the freedom to send judicial documents, by postal channels, directly to persons abroad" as long as the "State of destination does not object . . . ." While the government of Japan has objected to subparagraphs (b) and (c) of Article 10 of the Hague Convention, it has not objected to Article 10(a).[2]

6. On January 7, 2016, I received e-mail confirmation from Federal Express that the package I caused to be sent on January 5, 2016 was delivered on January 7, 2016 at 1:26pm and was signed for by "X. Tonegawa" at the "Mailroom." Attached as Exhibit B is a true and correct copy of the proof and notification of delivery I received from Federal Express in connection with the FedEx Pak that is the subject of this Affidavit.[3]

_____
Peter D. St. Phillip, Jr.

Sworn before me this
7th day of January, 2016

_____
Notary Public

KATHERINE M. VOGEL
Notary Public, State of New York
No. 01VO4942278
Qualified in Westchester County
Commission Expires Sept. 19, 2018

---

[2]   *See Lemme*, 631 F. Supp. at 463-64.

[3]   This Court has held that Federal Express is a "postal channel" for purposes of Article 10(a) of the Hague Convention. *Bidonthecity.com LLC v. Halverston Holdings Ltd.*, No. 12 Civ. 9258, 2014 U.S. Dist. LEXIS 45891, *20-23 (S.D.N.Y. Mar. 31, 2014). The Special Commission on the Practice Operation of the Hague Apostille, Evidence and Service Conventions agrees. *Conclusions and Recommendations Adopted by the Special Commission on the Practical Operation of the Hague Apostille, Evidence and Service Conventions (28 October to 4 November 2003)*, ¶ 56 (the Special Commission "concluded that for the purposes of Article 10(a) [of the Hague Convention] the use of a private carrier was the equivalent of a postal channel.") *available at* https://assets.hcch.net/upload/wop/lse_concl_e.pdf.

3

# EXHIBIT A

# Raymond Girnys

| | |
|---|---|
| **From:** | Raymond Girnys |
| **Sent:** | Tuesday, January 05, 2016 12:44 PM |
| **To:** | 'Jeffrey Resetarits' |
| **Cc:** | Peter St. Phillip |
| **Subject:** | RE: Sonterra |
| **Attachments:** | 1-5-16 Ltr Re Mizuho Trust and Banking.pdf |

Jeff,

Please see the attached. Thanks.

Ray

Raymond P. Girnys
Lowey Dannenberg Cohen & Hart, P.C.
One North Broadway, 5th Floor
White Plains, NY 10601
Main: 914-997-0500
rgirnys@lowey.com
www.lowey.com

This electronic transmission (including attachments) sent by the law firm of Lowey Dannenberg Cohen & Hart, P.C. contains information that may be confidential or proprietary, or which may be protected by the attorney-client privilege or work product doctrine. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents hereof is strictly prohibited and may be unlawful. If you have received this transmission in error, please immediately contact the above person and delete the e-mail (including attachments) in its entirety. Thank you.

For more information about Lowey Dannenberg Cohen & Hart, P.C. please visit www.lowey.com



**Lowey Dannenberg Cohen & Hart, P.C.**

New York
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

914-997-0500 Telephone
914-997-0035 Fax

www.lowey.com

Pennsylvania
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohoken, PA 19428-2977

610-941-2760 Telephone
610-862-9777 Fax

January 5, 2016

**VIA FEDERAL EXPRESS**
Takeo Nakano, President & CEO
Mizuho Trust and Banking Co., Ltd.
1-2-1 Yaesu
Chuo-ku, Tokyo 103-8670
JAPAN

Re: *Sonterra Capital Master Fund, Ltd. et al. v. UBS AG et al.*, 15-cv-5844 (S.D.N.Y.)

Dear Mr. Nakano,

Pursuant to Article 10(a) of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, enclosed please find:

(1) A July 24, 2015 Summons authorizing service of a Class Action Complaint filed in the above-referenced action naming Mizuho Trust and Banking Co., Ltd. as a Defendant;

(2) A redacted copy of a December 18, 2015 Amended Class Action Complaint naming Mizuho Trust and Banking Co., Ltd. as a Defendant in the above-referenced action; and

(3) A CD-ROM containing the Appendix and Exhibits A-1 through I-7 to the December 18, 2015 Amended Class Action Complaint.

Very truly yours,

Peter D. St. Phillip, Jr.

cc: Jeffrey J. Resetarits (cover letter only via email)
Shearman & Sterling LLP

# EXHIBIT B

**Raymond Girnys**

| | |
|---|---|
| From: | trackingupdates@fedex.com |
| Sent: | Wednesday, January 06, 2016 11:31 PM |
| To: | Raymond Girnys |
| Subject: | FedEx Shipment 775343292211 Delivered |



## Your package has been delivered
### Tracking # 775343292211

Ship date:
Tue, 1/5/2016
PETER D. ST. PHILLIP JR.
LOWEY DANNENBERG
COHEN HART
WHITE PLAINS, NY 10601
US


Delivered

Delivery date:
Thu, 1/7/2016 1:26 pm
TAKEO NAKANO,
PRESIDENT CEO
MIZUHO TRUST AND
BANKING CO., LTD.
1-2-1 YAESU CHUO-KU,
TOKYO 103-8670
TOKYO, 1038670
JP

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 775343292211 |
| Status: | Delivered: 01/07/2016 1:26 PM Signed for By: X.TONEGAWA |
| Reference: | 2545 |
| Signed for by: | X.TONEGAWA |
| Delivery location: | TOKYO, |
| Delivered to: | Mailroom |
| Service type: | FedEx International Priority |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 2.60 lb. |
| Special handling/Services: | Deliver Weekday |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:30 PM CST on 01/06/2016.

1

To learn more about FedEx Express, please go to fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or go to fedex.com.

This tracking update has been sent to you by FedEx at your request. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and terms of use, go to fedex.com.

Thank you for your business.

2