AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Sonterra Capital Master Fund Ltd. et al | ) |
| *Plaintiff* | ) |
| v. | ) |
| UBS AG et al | ) |
| *Defendant* | ) |

Case No.   1:15-cv-05844-GBD-HBP

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Shinkin Central Bank

Date:      01/12/2016

*Attorney's signature*

Andrew C. Smith
*Printed name and bar number*

PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036

*Address*

andrew.smith@pillsburylaw.com
*E-mail address*

(212) 858-1743
*Telephone number*

(212) 858-1500
*FAX number*