UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., et al, <br><br> Plaintiffs, <br><br> -v- <br><br> UBS AG, et al, <br><br> Defendants. | Case No.: 15-cv-5844-GBD-HBP <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant **SHINKIN CENTRAL BANK** (a private non-governmental party) certifies that Shinkin Central Bank has no corporate parents, affiliates and/or subsidiaries that are publically held.

Dated: January 12, 2016
      New York, New York

By: _____
      Andrew C. Smith

PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036
Tel: (212) 858-1743
Fax: (212) 858-1500
E-mail: andrew.smith@pillsburylaw.com

*Attorney for Defendant Shinkin Central Bank*