Daniels, G.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., HAYMAN CAPITAL MANAGEMENT, L.P., and CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>UBS AG, UBS SECURITIES JAPAN CO. LTD., MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, RBS SECURITIES INC., BARCLAYS BANK PLC, BARCLAYS PLC, BARCLAYS CAPITAL INC., CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, LLOYDS BANKING GROUP PLC, LLOYDS BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, R.P. MARTIN HOLDINGS LIMITED, MARTIN BROKERS (UK) LTD., TULLETT PREBON PLC, BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., MERRILL LYNCH INTERNATIONAL, AND JOHN DOE NOS. 1-50,<br><br>Defendants. | Docket No. 15-cv-5844 (GBD)<br><br>ECF Case |

## STIPULATION AND [PROPOSED] SCHEDULING ORDER

Plaintiffs Sonterra Capital Master Fund, Ltd., Hayman Capital Management, L.P., and California State Teachers' Retirement System (collectively, "Plaintiffs"), and defendants Mizuho Corporate Bank, Ltd. and Mizuho Bank, Ltd. (the "Mizuho Bank Defendants"), by and through their respective undersigned counsel, subject to this Court's approval, agree and stipulate as follows:

### RECITALS

WHEREAS, on July 24, 2015, Plaintiffs commenced the above-captioned action by the filing of a Summons and Complaint against, *inter alia*, the Mizuho Bank Defendants;

WHEREAS, on August 5, 2015, this Court accepted the above-captioned action as related to *Laydon v. Mizuho Bank, Ltd., et al.*, 12-cv-3419 (S.D.N.Y.) (GBD) (HBP);

WHEREAS, on December 18, 2015, Plaintiffs filed an Amended Class Action Complaint ("First Amended Complaint") against, *inter alia*, the Mizuho Bank Defendants in the above-captioned action; and

WHEREAS, the Mizuho Bank Defendants have each agreed to accept service of the First Amended Complaint subject to the terms and conditions of the stipulation below;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. The Mizuho Bank Defendants agree to accept service of the First Amended Complaint.

2. Plaintiffs shall provide the Mizuho Bank Defendants with a Japanese translation of the First Amended Complaint on or before January 25, 2016.

1

3. Pursuant to a Letter Motion, so ordered on December 10, 2015 (ECF No. 107), the Mizuho Bank Defendants must answer, move to dismiss, or otherwise respond to the First Amended Complaint on or before February 11, 2016.

4. Except as to the defense of insufficient service of process, no defense of any Mizuho Bank Defendant, including without limitation, defenses based upon lack of personal jurisdiction, is prejudiced or waived by the Mizuho Bank Defendants executing, agreeing to, or filing this Stipulation or by agreeing to accept service of the Complaint.

5. This Stipulation may be executed in separate counterparts, and counterparts may be executed by e-mail or facsimile, each of which shall be an original.

**SO ORDERED**

DATED: NEW YORK, NEW YORK

JAN 19 2016

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

2