# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SONTERRA CAPITAL MASTER FUND, LTD. and
HAYMAN CAPITAL MANAGEMENT, L.P. on
behalf of themselves and all others similarly situated,

                 Plaintiffs,

      -against-

UBS AG, et al.,

                Defendants.

Docket No. 15-cv-5844-GBD-HBP

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## RBS SECURITIES INC.

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant RBS Securities

Inc. makes the following disclosure though its undersigned counsel:  Defendant RBS Securities

Inc. is an indirect wholly-owned subsidiary of Defendant The Royal Bank of Scotland Group plc.

RBS Group has no parent corporation, and no publicly-held company owns ten percent (10%) or

more of RBS Group's stock.  Defendant RBS Securities Inc. makes this disclosure subject to and

without waiving any defenses it may have, including without limitation lack of personal

jurisdiction.

Dated: New York, New York
January 25, 2016

                /s/ Fraser L. Hunter, Jr.
                Fraser L. Hunter Jr.
                David Lesser
                Jamie Stephen Dycus
                Wilmer Cutler Pickering
                   Hale and Dorr LLP
                7 World Trade Center
                250 Greenwich Street
                New York, NY 10007
                Tel.: (212) 230-8800

Fax: (212) 230-8888

*Counsel for RBS Securities Inc.*