IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
SONTERRA CAPITAL MASTER FUND LTD, et al.,   )
                                            )
            Plaintiffs,                     )
                                            )
      v.                                    )
                                            )   Case No. 1:15-cv-5844-GBD-HBP
UBS AG, et al.,                             )
                                            )
            Defendants.                     )
                                            )
                                            )
---------------------------------------------------------------------X

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that Wilmer Cutler Pickering Hale and Dorr LLP, by David Sapir Lesser, hereby enters its appearance as counsel in the above-captioned action for and on behalf of defendant RBS Securities Inc.  The undersigned is a member in good standing of the bar of this Court.  This entry of appearance is made subject to and without waiving any defenses that RBS Securities Inc. may have, including without limitation lack of personal jurisdiction.

Dated:  January 25, 2016        /s/ David Sapir Lesser
                                         David Sapir Lesser
                                         Wilmer Cutler Pickering
                                            Hale and Dorr LLP
                                         7 World Trade Center
                                         250 Greenwich Street
                                         New York, NY 10007
                                         Telephone: (212) 230-8800
                                         Facsimile: (212) 230-8888

                                         *Counsel for RBS Securities Inc.*