IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:15-cv-5844-GBD-HBP |
| UBS AG, et al., | ) |
| Defendants. | ) |

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Wilmer Cutler Pickering Hale and Dorr LLP, by Jamie Stephen Dycus, hereby enters its appearance as counsel in the above-captioned action for and on behalf of defendant RBS Securities Inc. The undersigned is a member in good standing of the bar of this Court. This entry of appearance is made subject to and without waiving any defenses that RBS Securities Inc. may have, including without limitation lack of personal jurisdiction.

Dated: January 25, 2016                /s/ Jamie Stephen Dycus_____
                                       Jamie Stephen Dycus
                                       Wilmer Cutler Pickering Hale and Dorr LLP
                                       7 World Trade Center
                                       250 Greenwich Street
                                       New York, NY 10007
                                       Telephone: (212) 230-8800
                                       Facsimile: (212) 230-8888

                                       *Counsel for RBS Securities Inc.*