UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD. et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>UBS AG, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 15-cv-5844 (GBD)<br><br>**NOTICE OF APPEARANCE<br>OF<br><u>MICHAEL L. SPAFFORD</u>** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record in the above-captioned case for Defendant Sumitomo Mitsui Banking Corporation.  I certify that I am an attorney admitted to practice before this Court, and I respectfully request to be designated as counsel to receive electronic notification through the CM/ECF system.

Dated: New York, New York
　　　　January 27, 2016　　　　PAUL HASTINGS LLP


　　　　　　　　　　　　　　　　By:　　　/s/ *Michael L. Spafford*
　　　　　　　　　　　　　　　　　　　　MICHAEL L. SPAFFORD
　　　　　　　　　　　　　　　　　　　　875 15th Street NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　(T) 202-551-1988
　　　　　　　　　　　　　　　　　　　　(F) 202-551-0488
　　　　　　　　　　　　　　　　　　　　michaelspafford@paulhastings.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　SUMITOMO MITSUI BANKING CORPORATION