**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD. and HAYMAN CAPITAL MANAGEMENT, L.P., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against –<br><br>UBS AG, et al.,<br><br>Defendants. | Case No. 15-CV-5844 (GBD)(HBP)<br><br>**NOTICE OF CHANGE OF NAME AND AMENDED CORPORATE DISCLOSURE STATEMENT** |

PLEASE TAKE NOTICE that effective January 1, 2016, Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. became known as Coöperatieve Rabobank U.A.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Coöperatieve Rabobank U.A. ("Rabobank") certifies as follows: Rabobank has no parent corporation, and no publicly held corporation owns 10% or more of Rabobank.

Dated: New York, New York
January 29, 2016

MILBANK, TWEED, HADLEY & MCCLOY LLP

By: /s/ David R. Gelfand

David R. Gelfand
Sean M. Murphy
Mark D. Villaverde
28 Liberty Street
New York, New York 10005-1413
(212) 530-5000
(212) 822-5219 (facsimile)
DGelfand@milbank.com
SMurphy@milbank.com
MVillaverde@milbank.com

*Counsel for Defendant Coöperatieve Rabobank U.A.* (f/k/a *Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.*)