UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., HAYMAN CAPITAL MANAGEMENT, L.P., and CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBS AG, *et al.*,<br><br>Defendants. | ECF Case<br><br>No. 15-cv-5844 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Arthur J. Burke of the law firm of Davis Polk & Wardwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for defendants Bank of America Corporation and Bank of America, N.A. (collectively, "Bank of America") in the above-captioned matter, and requests that all papers in this action be served upon him at the address indicated below.

Dated: New York, New York
      February 1, 2016

RESPECTFULLY SUBMITTED,

*/s/* Arthur J. Burke
Arthur J. Burke
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
Telephone: (212) 450-4000
Fax: (212) 450-4800
arthur.burke@davispolk.com

*Attorney for Defendants Bank of America Corporation and Bank of America, N.A.*