UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., HAYMAN CAPITAL MANAGEMENT, L.P., and CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all other similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>UBS AG, *et al.*,<br><br>　　　　　　　Defendants. | ECF Case<br><br>No. 15-cv-5844 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paul S. Mishkin of the law firm of Davis Polk & Wardwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for defendants Bank of America Corporation and Bank of America, N.A. (collectively, "Bank of America") in the above-captioned matter, and requests that all papers in this action be served upon him at the address indicated below.

Dated: New York, New York
　　　　February 1, 2016

　　　　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　　　　　*/s/* Paul S. Mishkin
　　　　　　　　　　　　　　　　　　　　　　　Paul S. Mishkin
　　　　　　　　　　　　　　　　　　　　　　　DAVIS POLK & WARDWELL LLP
　　　　　　　　　　　　　　　　　　　　　　　450 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　　　　New York, New York  10017
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 450-4000
　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 450-4800
　　　　　　　　　　　　　　　　　　　　　　　paul.mishkin@davispolk.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants Bank of America Corporation and Bank of America, N.A.*