UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., HAYMAN CAPITAL MANAGEMENT, L.P., and CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all other similarly situated,<br><br>                    Plaintiffs,<br><br>                      v.<br><br>UBS AG, *et al.*,<br><br>                    Defendants. | ECF Case<br><br><br>No. 15-cv-5844 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Adam G. Mehes of the law firm of Davis Polk & Wardwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for defendants Bank of America Corporation and Bank of America, N.A. (collectively, "Bank of America") in the above-captioned matter, and requests that all papers in this action be served upon him at the address indicated below.

Dated: New York, New York
       February 1, 2016

                                              RESPECTFULLY SUBMITTED,

                                              */s/* Adam G. Mehes
                                              Adam G. Mehes
                                              DAVIS POLK & WARDWELL LLP
                                              450 Lexington Avenue
                                              New York, New York  10017
                                              Telephone: (212) 450-4000
                                              Fax: (212) 450-4800
                                              adam.mehes@davispolk.com

                                              *Attorney for Defendants Bank of America*
                                              *Corporation and Bank of America, N.A.*