UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., HAYMAN CAPITAL MANAGEMENT, L.P., and CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all other similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>UBS AG, *et al*.,<br>                    Defendants. | ECF Case<br><br>No. 15-cv-5844 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS BANK OF AMERICA CORPORATION AND BANK OF AMERICA, N.A.**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Bank of America Corporation and Bank of America, N.A. make the following disclosures through their undersigned counsel:

Defendant Bank of America Corporation is a publicly held company, does not have any parent corporation, and no publicly held company has an ownership interest of 10% or more in Bank of America Corporation.

Defendant Bank of America, N.A. is a National Association and is 100% owned by BANA Holding Corporation. BANA Holding Corporation is 100% owned by BAC North America Holding Company. BAC North America Holding Company is 100% owned by NB Holdings Corporation. NB Holdings Corporation is 100% owned by Bank of America Corporation.

Dated: New York, New York
February 1, 2016

RESPECTFULLY SUBMITTED,

/s/ Arthur J. Burke
Arthur J. Burke
Paul S. Mishkin
Adam G. Mehes
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
Telephone: (212) 450-4000
Fax: (212) 450-4800
arthur.burke@davispolk.com
paul.mishkin@davispolk.com
adam.mehes@davispolk.com

*Attorneys for Defendants Bank of America Corporation and Bank of America, N.A.*

2