UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SONTERRA CAPITAL MASTER FUND, LTD.,
and HAYMAN CAPITAL MANAGEMENT, L.P.,
on behalf of themselves and all others similarly
situated,

                Plaintiffs,

    v.

UBS AG, et al.,

                Defendants.

Docket No. 15-CV-5844 (GBD)

**DECLARATION OF STUART BRIDGES ON BEHALF OF ICAP PLC IN SUPPORT OF ICAP PLC'S AND ICAP EUROPE LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

------------------------------------- x

I, Stuart Bridges, declare under penalty of perjury as follows:

    1.    I am Group Finance Director, for ICAP plc in London, United Kingdom.

    2.    I submit this Declaration on behalf of ICAP plc in support of ICAP plc's and ICAP Europe Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction. This Declaration is based upon my personal knowledge unless otherwise noted and is true and correct to the best of my knowledge and belief.

    3.    ICAP plc is a non-operational holding company, organized under the laws of the United Kingdom.

    4.    ICAP plc has its registered office in London, United Kingdom. ICAP plc has no other offices within the United States.

    5.    ICAP plc has no employees and conducts no operations.

    6.    Shares of ICAP plc are traded on the London Stock Exchange. ICAP plc does not list shares on any other global exchange.

Document Number: 898834

7. ICAP plc sponsors Level 1 American Depository Receipts ("ADRs") within the United States.

8. ICAP plc does not maintain any bank accounts in the United States.

9. ICAP plc does not pay taxes to the United States government.

10. ICAP plc does not broker trades, does not employ interdealer brokers, and has never communicated with Yen Libor or Euroyen Tibor panel banks regarding Libor or Tibor submissions.

11. ICAP plc does not provide independent brokerage services. It also has no derivative teams within the United States, and does not directly generate any revenue from a voice brokerage service in the Americas.

12. I, Stuart Bridges, Group Finance Director for ICAP plc, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed in London, United Kingdom on 28 January, 2016.

S.S.B.
Stuart Bridges