IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., HAYMAN CAPITAL MANAGEMENT, L.P., and CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBS AG, UBS SECURITIES JAPAN CO. LTD., MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, RBS SECURITIES INC., BARCLAYS BANK PLC, BARCLAYS PLC, BARCLAYS CAPITAL INC., CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, LLOYDS BANKING GROUP PLC, LLOYDS BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, R.P. MARTIN HOLDINGS LIMITED, MARTIN BROKERS (UK) LTD., TULLETT PREBON PLC, BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., MERRILL LYNCH INTERNATIONAL, AND JOHN DOE NOS. 1-50,<br><br>Defendants. | Case No. 15-cv-5844 (GBD)<br><br>ECF Case |

## DECLARATION OF TORU SAWADA

I, Toru Sawada, declare the following:

1.      I am currently Director and General Manager of General Affairs Department of Sumitomo Mitsui Banking Corporation ("SMBC") and submit this declaration in support of the Japanese Defendants' motion to dismiss plaintiffs' complaint in the above-referenced matter for lack of personal jurisdiction.  The facts stated herein are true to the best of my knowledge based on records maintained by SMBC in its regular course of business.  Unless otherwise noted, the facts set forth in this declaration describe SMBC's business during the time period from January 1, 2006 until December 18, 2015 (the date that I understand plaintiffs filed an amended complaint).

2.      SMBC is a subsidiary of Sumitomo Mitsui Financial Group, Inc. and is a Japanese financial institution incorporated under the laws of Japan.  SMBC is headquartered in Tokyo, Japan.

3.      SMBC is a reference bank on the Euroyen TIBOR panel administered by the Japanese Bankers Association ("JBA").  At all times relevant to the plaintiff's allegations as set forth in their amended complaint, all SMBC employees and supervisors responsible for submitting Euroyen TIBOR rates worked in Japan.

4.      SMBC has never been a reference bank on the Yen-LIBOR panel that was administered by the British Bankers Association ("BBA").

5.      SMBC has a branch office in New York, New York.  SMBC's New York Branch is primarily engaged in corporate banking and treasury activities.  No employees or supervisors of SMBC's New York Branch were responsible for or involved in submitting or approving Euroyen TIBOR rates or Yen LIBOR rates.

6. Sumitomo Mitsui Banking Corporation Europe Limited ("SMBCE"), a subsidiary of SMBC, became a reference bank on the Yen-LIBOR panel administered by the British Bankers Association ("BBA") in 2003.

7. Since SMBCE joined the Yen-LIBOR panel, all SMBCE employees and supervisors responsible for submitting Yen-LIBOR rates have worked in England.

8. SMBCE's Yen LIBOR submissions were not overseen or approved by anyone at SMBC in Tokyo or New York.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29 day of January, 2016 in Tokyo, Japan.

*Toru Sawada* (signature)
Toru Sawada
Director and General Manager of General Affairs Department
Sumitomo Mitsui Banking Corporation