IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., HAYMAN CAPITAL MANAGEMENT, L.P., and CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>  v.<br><br>UBS AG, *et al.*,<br><br>      Defendants. | Case No. 1:15-cv-05844 (GBD) (HP)<br><br>ECF Case |

**DECLARATION OF SHOJI SUZUKI IN SUPPORT OF
MITSUBISHI UFJ TRUST AND BANKING CORPORATION'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, Shoji Suzuki, hereby declare:

  1.  I am Executive Vice President of the New York branch of Mitsubishi UFJ Trust and Banking Corporation ("MUTB"). I submit this declaration in further support of MUTB's motion to dismiss the above-captioned action for lack of personal jurisdiction. I have personal knowledge of the facts set forth herein based on my work at MUTB and my review of MUTB's records.

  2.  MUTB is a financial institution incorporated in Japan under the Company Law. Its headquarters are and have been located at 4-5, Marunouchi 1-Chome, Chiyoda-ku, Tokyo 100-8212, Japan. MUTB's principal place of business is and has been in Japan.

  3.  Currently, MUTB has 59 branches and four satellite offices in Japan. It has five branches, one representative office and six major direct subsidiaries outside of Japan.

  4.  At all relevant times, MUTB had a single branch in New York. MUTB also has a subsidiary that is incorporated in New York and has its sole office in New York City,

New York, Mitsubishi UFJ Trust & Banking Corporation (U.S.A.) ("MUTU"). As of the time of the filing of the complaint in this action, MUTB had no other branches, offices or subsidiaries in the United States.

5. The New York branch of MUTB is and has been a comparatively small part of MUTB. For the fiscal year ended March 31, 2015, the New York branch of MUTB generated just 4.3% of MUTB's ordinary income and 1.1% of its ordinary profit. As of March 31, 2015, the New York branch of MUTB had just 146 employees, or 2.1% of 6,879 employees of MUTB worldwide.

6. Neither the New York branch of MUTB nor MUTU ever has been responsible for or involved with the determination or submission of rates to the Japanese Bankers' Association in Japan for use in the calculation of Euroyen Tibor. The MUTB employees responsible for this submission are located in Tokyo, Japan, and have made the submissions from Tokyo, Japan.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of January 2016 in New York City, New York.

_____
Shoji Suzuki