IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., HAYMAN CAPITAL MANAGEMENT, L.P., and CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UBS AG, *et al.*,<br><br>Defendants. | Case No. 1:15-cv-05844 (GBD) (HP) |

## DECLARATION OF NOBUYUKI TAKAHASHI

I, Nobuyuki Takahashi, declare the following:

1. I am the Deputy General Manager of the Risk Management Department of Defendant The Bank of Yokohama, Ltd. ("Bank of Yokohama") and have been employed by Bank of Yokohama since 1984. I submit this declaration in support of Bank of Yokohama's motion to dismiss the plaintiffs' Amended Class Action Complaint for lack of personal jurisdiction. The facts stated herein are true to the best of my knowledge based on my own knowledge and records maintained by Bank of Yokohama in its regular course of business.

2. Bank of Yokohama is a Japanese financial institution incorporated under the laws of Japan.

3. Bank of Yokohama's headquarters is located at 3-1-1, Minatomirai, Nishi-ku, Yokohama, Kanagawa 220- 8611, Japan.

4. Bank of Yokohama has had a representative office located in New York, New York since 1999. The representative office has not generated any revenues and engages in only limited non-revenue generating activity, such as acting as a liaison with U.S. subsidiaries of

Japanese customers of Bank of Yokohama, collecting information regarding the U.S. economy, and providing information to U.S. investors who have questions concerning Bank of Yokohama. Bank of Yokohama has not had any other offices or branches in the United States.

5. Bank of Yokohama has been a reference bank on the Euroyen TIBOR panel administered by the Japanese Bankers Association ("JBA") from April 2008 to the present.

6. All Bank of Yokohama employees and supervisors responsible for submitting Euroyen TIBOR rates to the JBA performed such work in Japan. Bank of Yokohama's New York office was not involved in Euroyen TIBOR submissions. Bank of Yokohama's New York office did not engage in any futures trading or yen-based derivative transactions during the proposed class period, January 1, 2006 to June 30, 2011.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 1st day of February, 2016 in Yokohama, Japan.

_____
Nobuyuki Takahashi