**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., HAYMAN CAPITAL MANAGEMENT, L.P., AND CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UBS AG, UBS SECURITIES JAPAN CO. LTD., MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, RBS SECURITIES INC., BARCLAYS BANK PLC, BARCLAYS PLC, BARCLAYS CAPITAL INC., CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, LLOYDS BANKING GROUP PLC, LLOYDS BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, R.P. MARTIN HOLDINGS LIMITED, MARTIN BROKERS (UK) LTD., TULLETT PREBON PLC, BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., MERRILL LYNCH INTERNATIONAL, AND JOHN DOES NOS. 1-50,<br><br>Defendants | DOCKET NO. 15-cv-05844-GBD<br><br>**DECLARATION OF PATRICK GONSALVES IN SUPPORT OF BARCLAYS BANK PLC'S MOTION TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION** |

I, Patrick Gonsalves, declare under penalty of perjury as follows:

1. I am Joint Company Secretary for Barclays Bank PLC ("BBPLC") in London, England.

2. I submit this declaration in support of BBPLC's Motion to Dismiss for Lack of Personal Jurisdiction in the above-captioned action. The facts stated herein are true and correct to the best of my knowledge, based on records maintained by BBPLC in the ordinary course of business.

3. Except where otherwise indicated, all statements concern facts as of July 24, 2015, and describe the operations of only BBPLC, not any separately incorporated and distinct subsidiary entities.

4. BBPLC is a financial institution organized under the laws of England and Wales.

5. BBPLC's registered office and headquarters are located at 1 Churchill Place in London, England.

6. BBPLC is primarily a British bank with extensive business operations throughout the United Kingdom. BBPLC has 34 branches located outside of the U.K., three of which are located in the U.S.

### *BBPLC's U.S. Operations*

7. BBPLC is registered as a financial holding company with the Federal Reserve Bank of New York pursuant to the Bank Holding Company Act of 1956, 12 U.S.C. § 1841 *et seq.*

8. Three of BBPLC's 34 worldwide branches located outside of the U.K. are in the U.S. BBPLC has two branches located in New York, New York and a third in Miami, Florida.

9. BBPLC has Representative Offices located in Newark, Delaware; Wilmington, Delaware; New York, New York; and Washington, D.C. It has no other Representative Offices in the U.S. These Representative Offices do not generate any revenue for BBPLC and engage in only limited activity, such as acting as a liaison with clients located in the U.S., collecting information about the U.S. economy, and providing information about BBPLC to U.S. investors.

10. BBPLC sponsors Level 1 American Depositary Receipts within the United States.

11. BBPLC owns no real estate in the U.S. and holds no leases for real property in the U.S.

12. In 2014, BBPLC's U.S. branches generated $1.87 billion in revenue, which accounted for approximately 6.6% of BBPLC's $28.09 billion worldwide revenue in 2014.

13. By way of comparison, in 2014, BBPLC's U.K. operations generated $21.78 billion in revenue, which accounted for approximately 77.5% of BBPLC's $28.09 billion worldwide revenue in 2014.

14. As of June 30, 2015, approximately 400, or less than 0.8%, of BBPLC's more than 52,200 full-time permanent, temporary and graduate payroll employees worldwide were located in the U.S.

15. As of June 30, 2015, all Barclays corporate family members, including BBPLC together with its separately incorporated affiliates and subsidiaries, employed approximately 134,500 full-time permanent, temporary and graduate payroll employees worldwide. Of these, approximately 10,750, or 8%, were located in the United States.

16. No U.S. branch or office of BBPLC has ever been responsible for the determination or submission of rates to the British Bankers' Association in the U.K. for use in

the calculation of Yen LIBOR. BBPLC's Yen LIBOR submissions are determined by employees in London and transmitted from London.

*BBPLC's New York Operations*

17. Two of BBPLC's 34 branches worldwide are located in New York.

18. BBPLC owns no real estate in New York and holds no leases for real property in New York.

19. BBPLC is registered as a Foreign Bank Branch and as an Exempt Mortgage Loan Servicer with the New York Department of Financial Services.

20. BBPLC holds a Debt Collector Agency license issued by the New York City Department of Consumer Affairs.

21. As of June 30, 2015, approximately 390, or less than 0.8%, of BBPLC's more than 52,200 full-time permanent, temporary and graduate payroll employees worldwide were located in New York.

22. As of June 30, 2015, all Barclays corporate family members, including BBPLC together with its separately incorporated affiliates and subsidiaries, employed approximately 134,500 full-time permanent, temporary and graduate payroll employees worldwide. Of these, less than 6600, or 4.9%, were located in New York.

23. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief, based on records maintained by BBPLC in the ordinary course of business.

Executed in London, England on 14th January, 2016.

Patrick Gonsalves