UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., HAYMAN CAPITAL MANAGEMENT, L.P., AND CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>   - against -<br><br>UBS AG, UBS SECURITIES JAPAN CO. LTD., MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, RBS SECURITIES INC., BARCLAYS BANK PLC, BARCLAYS PLC, BARCLAYS CAPITAL INC., CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, LLOYDS BANKING GROUP PLC, LLOYDS BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, R.P. MARTIN HOLDINGS LIMITED, MARTIN BROKERS (UK) LTD., TULLETT PREBON PLC, BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., MERRILL LYNCH INTERNATIONAL, AND JOHN DOES NOS. 1-50,<br><br>         Defendants. | No. 15-cv-05844-GBD<br><br>**DECLARATION OF JOSEPH P. RANDAZZO IN SUPPORT OF DEUTSCHE BANK AG'S MOTION TO DISMISS FOR LACK OF <u>PERSONAL JURISDICTION</u>** |

I, Joseph P. Randazzo, hereby declare:

1. I am the former Global Head of Global Liquidity Management and a former employee of Deutsche Bank Securities Inc., a wholly owned subsidiary of Deutsche Bank Aktiengesellschaft ("Deutsche Bank AG"). I submit this declaration in support of Deutsche Bank AG's motion to dismiss the above-captioned action for lack of personal jurisdiction. The facts stated herein are true based on my own personal knowledge, obtained during the course of my employment, and inquiries I made within Deutsche Bank AG and my review of records maintained in the regular course of business by Deutsche Bank AG during this time.

2. At all relevant times, Deutsche Bank AG's Yen London Interbank Offered Rate ("LIBOR") submissions were not calculated or submitted in New York or the United States. No employees responsible for Deutsche Bank AG's Yen LIBOR submissions were located in New York or the United States.

3. At all relevant times, Deutsche Bank AG's Euroyen Tokyo Interbank Offered Rate ("TIBOR") submissions were not calculated or submitted in New York or the United States. No employees responsible for Deutsche Bank AG's Euroyen TIBOR submissions were located in New York or the United States.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of January 2016 in Park Ridge, New Jersey.

_____
Joseph P. Randazzo