UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., HAYMAN CAPITAL MANAGEMENT, L.P., AND CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br>   v.<br><br>UBS AG, UBS SECURITIES JAPAN CO. LTD., MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, RBS SECURITIES INC., BARCLAYS BANK PLC, BARCLAYS PLC, BARCLAYS CAPITAL INC., CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, LLOYDS BANKING GROUP PLC, LLOYDS BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, R.P. MARTIN HOLDINGS LIMITED, MARTIN BROKERS (UK) LTD., TULLETT PREBON PLC, BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., MERRILL LYNCH INTERNATIONAL, AND JOHN DOES NOS. 1-50,<br><br>                  Defendants. | DOCKET NO. 15-cv-05844-GBD |

## DECLARATION OF BRENT L. BARTON IN SUPPORT OF
## THE MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OF
## J.P. MORGAN SECURITIES PLC

I, Brent L. Barton, hereby declare:

1. I am Managing Director of JPMorgan Chase Bank, N.A. ("JPMCBNA"). I submit this declaration in further support of the motions to dismiss for lack of personal jurisdiction filed by J.P. Morgan Securities plc (p/k/a J.P. Morgan Securities, Ltd.) ("JPMS plc"). I have personal knowledge of the facts set forth herein based on my work at JPMCBNA.

2. Between January 1, 2006 and June 30, 2011 (the "Relevant Period"), JPMS plc did not submit rates to the British Bankers' Association in the United Kingdom for use in the calculation of the Yen London Interbank Offered Rate ("Yen LIBOR") nor did it submit rates to the Japanese Bankers Association for use on the calculation of the Euroyen Tokyo Interbank Offered Rate ("Euoryen TIBOR").

3. During the Relevant Period, JPMorgan Chase Bank, N.A., London Branch submitted rates to the British Bankers' Association for use in the calculation of Yen LIBOR. The individuals that made these submissions were located in London, United Kingdom and made the submissions from London, United Kingdom.

4. During the Relevant Period JPMorgan Chase Bank, N.A., Tokyo Branch submitted rates to the Japanese Bankers Association for use in the calculation of Euroyen TIBOR. The individuals that made these submissions were located in Tokyo, Japan and made the submissions from Tokyo, Japan.

[remainder of the page intentionally left blank]

3

      Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
      February 1, 2016

*/s/ Brent L. Barton*

Brent L. Barton
Managing Director
JPMorgan Chase Bank, N.A.