UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., HAYMAN CAPITAL MANAGEMENT, L.P., and CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>          v.<br><br>UBS AG, *et al.*,<br><br>                    Defendants. | Case No. 1:15-cv-05844 (GBD) (HP) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jerome S. Fortinsky hereby enters an appearance on behalf of defendants Mizuho Bank, Ltd., Mizuho Corporate Bank, Ltd., and Mizuho Trust and Banking Co., Ltd.

Dated: New York, New York
         February 1, 2016

SHEARMAN & STERLING LLP

By:    /s/ Jerome S. Fortinsky
          Jerome S. Fortinsky

599 Lexington Avenue
New York, NY 10022-6069
Telephone:  212-848-4000
Facsimile:  212-848-7179
jfortinsky@shearman.com

*Attorney for Defendants Mizuho Bank, Ltd., Mizuho Corporate Bank, Ltd., and Mizuho Trust and Banking Co., Ltd.*