UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., HAYMAN CAPITAL MANAGEMENT, L.P., and CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>  v.<br><br>UBS AG, *et al.*,<br><br>      Defendants. | Case No. 1:15-cv-05844 (GBD) (HP) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John A. Nathanson hereby enters an appearance on behalf of defendants Mizuho Bank, Ltd., Mizuho Corporate Bank, Ltd., and Mizuho Trust and Banking Co., Ltd.

Dated: New York, New York
   February 1, 2016

              SHEARMAN & STERLING LLP

              By:   /s/ John A. Nathanson
                  John A. Nathanson

              599 Lexington Avenue
              New York, NY 10022-6069
              Telephone: 212-848-4000
              Facsimile: 212-848-7179
              john.nathanson@shearman.com

              *Attorney for Defendants Mizuho Bank, Ltd., Mizuho Corporate Bank, Ltd., and Mizuho Trust and Banking Co., Ltd.*