UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., HAYMAN CAPITAL MANAGEMENT, L.P., and CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>  v.<br><br>UBS AG, *et al.*,<br><br>      Defendants. | Case No. 1:15-cv-05844 (GBD) (HP) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey J. Resetarits hereby enters an appearance on behalf of defendants Mizuho Bank, Ltd., Mizuho Corporate Bank, Ltd., and Mizuho Trust and Banking Co., Ltd.

Dated: New York, New York
   February 1, 2016

                SHEARMAN & STERLING LLP

                By: /s/ Jeffrey J. Resetarits
                    Jeffrey J. Resetarits

                599 Lexington Avenue
                New York, NY 10022-6069
                Telephone:  212-848-4000
                Facsimile:  212-848-7179
                jeffrey.resetarits@shearman.com

                *Attorney for Defendants Mizuho Bank, Ltd., Mizuho Corporate Bank, Ltd., and Mizuho Trust and Banking Co., Ltd.*