UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., HAYMAN CAPITAL MANAGEMENT, L.P., and CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>    v.<br><br>UBS AG, *et al.*,<br><br>                Defendants. | Docket No. 15-cv-05844-GBD (HP) |

## CORPORATE DISCLOSURE STATEMENT OF
## <u>DEFENDANT MIZUHO TRUST AND BANKING CO., LTD.</u>

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Mizuho Trust and Banking Co., Ltd., by its undersigned counsel, hereby states that it is a wholly owned subsidiary of Mizuho Financial Group, Inc., a publicly held company.  No publicly held corporation owns ten percent or more of Mizuho Trust and Banking Co., Ltd., other than Mizuho Financial Group, Inc.

Dated: New York, New York
       February 1, 2016

                              SHEARMAN & STERLING LLP

                              By:   /s/ Jerome S. Fortinsky
                                     Jerome S. Fortinsky
                                     John A. Nathanson
                                     Jeffrey J. Resetarits

                              599 Lexington Avenue
                              New York, NY 10022-6069
                              Telephone:  212-848-4000
                              Facsimile:  212-848-7179
                              jfortinsky@shearman.com
                              john.nathanson@shearman.com
                              jeffrey.resetarits@shearman.com

                              *Attorneys for Defendant Mizuho Trust and Banking Co., Ltd.*