UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., HAYMAN CAPITAL MANAGEMENT, L.P., and CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>  v.<br><br>UBS AG, *et al.*,<br><br>      Defendants. | Docket No. 15-cv-05844-GBD (HP) |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT MIZUHO CORPORATE BANK, LTD.

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Mizuho Corporate Bank, Ltd., by its undersigned counsel, hereby states that on July 1, 2013, it merged with Mizuho Bank, Ltd.  After the merger, Mizuho Corporate Bank, Ltd. was the surviving entity and Mizuho Bank, Ltd. was dissolved.  The new entity was renamed Mizuho Bank, Ltd. and is a wholly owned subsidiary of Mizuho Financial Group, Inc., a publicly held company.  Other than Mizuho Financial Group, Inc., no publicly held corporation owns ten percent or more of its stock.

Dated: New York, New York
February 1, 2016

SHEARMAN & STERLING LLP

By:  /s/ Jerome S. Fortinsky
    Jerome S. Fortinsky
    John A. Nathanson
    Jeffrey J. Resetarits

599 Lexington Avenue
New York, NY 10022-6069
Telephone: 212-848-4000
Facsimile: 212-848-7179
jfortinsky@shearman.com
john.nathanson@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendant Mizuho Corporate Bank, Ltd.*