UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., HAYMAN CAPITAL MANAGEMENT, L.P., and CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>  v.<br><br>UBS AG, *et al.*,<br><br>      Defendants. | Docket No. 15-cv-05844-GBD (HP) |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT MIZUHO BANK, LTD.**

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Mizuho Bank, Ltd., by its undersigned counsel, hereby states that on July 1, 2013, it merged with Mizuho Corporate Bank, Ltd.  After the merger, Mizuho Corporate Bank, Ltd. was the surviving entity and Mizuho Bank, Ltd. was dissolved.  The new entity was renamed Mizuho Bank, Ltd. and is a wholly owned subsidiary of Mizuho Financial Group, Inc., a publicly held company.  Other than Mizuho Financial Group, Inc., no publicly held corporation owns ten percent or more of its stock.

Dated: New York, New York
February 1, 2016

                        SHEARMAN & STERLING LLP

                        By: ___/s/ Jerome S. Fortinsky_____
                              Jerome S. Fortinsky
                              John A. Nathanson
                              Jeffrey J. Resetarits

                        599 Lexington Avenue
                        New York, NY 10022-6069
                        Telephone:  212-848-4000
                        Facsimile:  212-848-7179
                        jfortinsky@shearman.com
                        john.nathanson@shearman.com
                        jeffrey.resetarits@shearman.com

                        *Attorneys for Defendant Mizuho Bank, Ltd.*