IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., HAYMAN CAPITAL MANAGEMENT, L.P., and CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br>　　　v.<br><br>UBS AG, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No. 1:15-cv-05844 (GBD) (HP)<br><br>ORAL ARGUMENT REQUESTED<br><br>ECF Case |

## DECLARATION OF TAKASHI NAMBU

　　　　I, Takashi Nambu, declare the following:

　　　　1.　　I am a Manager in the Treasury Division of Mizuho Trust and Banking Co., Ltd. ("Mizuho Trust") and submit this declaration in support of Mizuho Trust's motion to dismiss the plaintiffs' complaint for lack of personal jurisdiction. The facts stated herein are true to the best of my knowledge based on records maintained by Mizuho Trust in its regular course of business. Unless otherwise noted, the facts set forth in this declaration describe Mizuho Trust's business during the time period from January 1, 2006 to June 30, 2011 (the putative class period in the plaintiffs' complaint).

　　　　2.　　Mizuho Trust is a Japanese financial institution that is incorporated under the laws of Japan.

　　　　3.　　Mizuho Trust's headquarters is located at 1-2-1, Yaesu, Chuo-ku, Tokyo, Japan.

　　　　4.　　Mizuho Trust provides banking and trust services to individuals and corporate customers in Japan.

5. All of Mizuho Trust's branches and subbranches are located within Japan.

6. Mizuho Trust is not licensed or registered to do business in New York or any other state of the United States.

7. Mizuho Trust is a reference bank on the Euroyen TIBOR panel that is administered by the Japanese Bankers Association ("JBA"), which is located in Japan.

8. All Mizuho Trust employees and supervisors responsible for submitting Euroyen TIBOR rates work in Japan.

9. All witnesses and documents potentially relevant to the plaintiff's allegations are located in Japan.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28 day of January, 2016 in Tokyo, Japan.

Takashi Nambu