UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SONTERRA CAPITAL MASTER FUND LTD., et al.,

                    Plaintiff,

            v.

UBS AG, et al.,

                    Defendants.
------------------------------------------------------------ x

<u>ORDER</u>

15 Civ. 5844 (GBD)

GEORGE B. DANIELS, District Judge:

    The conference scheduled for February 4, 2016 is adjourned to April 14, 2016 at 10:30 AM. At that time the Court will hear oral argument regarding defendants' motions to dismiss.

Dated: New York, New York
       February 2, 2016

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge