UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

SONTERRA CAPITAL MASTER FUND LTD., et al.,

                               Plaintiff,

                    v.

UBS AG, et al.,

                               Defendants.

------------------------------------ X

ORDER

15 Civ. 5844 (GBD)

GEORGE B. DANIELS, District Judge:

A conference is scheduled for April 7, 2016 at 9:45 AM to address the Plaintiffs' Motion for an Order Preliminarily Approving Settlement Agreements and Conditionally Certifying a Settlement Class. (*See* ECF Nos. 187-89.)

Dated: New York, New York
       February 2, 2016

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge