

| | New York | Pennsylvania |
|---|---|---|
| | White Plains Plaza | Four Tower Bridge |
| | One North Broadway | 200 Barr Harbor Drive, Suite 400 |
| | White Plains, NY 10601-2310 | West Conshohoken, PA 19428-2977 |
| | 914-997-0500 Telephone | 610-941-2760 Telephone |
| | 914-997-0035 Fax | 610-862-9777 Fax |
| | www.lowey.com | |

May 9, 2016

**VIA ECF AND FEDERAL EXPRESS**
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *Laydon v. Mizuho Bank, Ltd., et al.*, No. 12-cv-3419 (GBD) (HBP); *Sonterra Capital Master Fund, Ltd. et al. v. UBS AG et al.*, No. 15-cv-5844 (GBD) (HBP)

Dear Judge Daniels:

    As counsel for Plaintiffs, we write to request the Court adjourn the deadlines in the Court's April 7 Order preliminarily approving Plaintiffs' settlements with the Citi and R.P. Martin Defendants and the September 8, 2016 final approval hearing. ECF No. 592 (*Laydon*); ECF No. 223 (*Sonterra*).

    Plaintiffs seek this stay in order to combine notice of the Citi and R.P. Martin settlements with the notice of the recently announced HSBC settlement. Combining notice of the settlements will result in significant cost savings to the class. Plaintiffs will also propose a single fairness hearing for the three settlements.

    Plaintiffs will make their motion to preliminarily approve the HSBC settlements on or before June 6, 2016 and will propose a final approval hearing for the week of October 24, 2016.

    The Citi and HSBC Defendants have consented to this request.

    We thank the Court for its consideration and are available to address any questions or concerns the Court may have.

                                 Respectfully submitted,

                                 Vincent Briganti

cc:    Counsel of Record (via ECF)

{2545 / LTR / 00135392.DOCX v3}