Case 1:15-cv-05844-GBD-HBP Document 334-1 Filed 06/15/17 Page 2 of 4

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 19 2017

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SONTERRA CAPITAL MASTER FUND, LTD., HAYMAN CAPITAL MANAGEMENT, L.P., and CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated,

Plaintiffs,

- against -

UBS AG, UBS SECURITIES JAPAN CO. LTD., MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, RBS SECURITIES INC., BARCLAYS BANK PLC, BARCLAYS PLC, BARCLAYS CAPITAL INC., CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, LLOYDS BANKING GROUP PLC, LLOYDS BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, R.P. MARTIN HOLDINGS LIMITED, MARTIN BROKERS (UK) LTD., TULLETT PREBON PLC, BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., MERRILL LYNCH INTERNATIONAL, AND JOHN DOE NOS. 1-50,

Defendants.

15 **CIVIL** 5844 (GBD)

**[PROPOSED]**
**AMENDED JUDGMENT**

Defendants (1) Barclays Bank plc, (2) Bank of America Corporation; (3) The Bank of Tokyo-Mitsubishi UFJ, Ltd.; (4) Bank of America, N.A.; (5) Barclays Capital Inc.; (6) Barclays plc; (7) Cooperatieve Rabobank U.A. (f/k/a Cooperatieve Centrale Raiffeisen-Boerenleenbank B.A.); (8) ICAP Europe Ltd.; (9) ICAP plc; (10) Lloyds Bank plc; (11) Lloyds Banking Group plc; (12) Mitsubishi UFJ Trust and Banking Corporation; (13) Mizuho Bank, Ltd.; (14) Mizuho Corporate Bank Ltd.; (15) Mizuho Trust and Banking Co., Ltd.; (16) RBS Securities Inc.; (17) RBS Securities Japan Limited; (18) Resona Bank, Ltd.; (19) Shinkin Central Bank; (20) Societe Generale S.A.; (21) Sumitomo Mitsui Banking Corporation; (22) Sumitomo Mitsui Trust Bank Limited (f/k/a The Sumitomo Trust & Banking Co. Ltd.); (23) The Bank of Yokohama, Ltd.; (24) The Norinchukin Bank; (25) The Royal Bank of Scotland Group plc; (26) The Royal Bank of Scotland plc; (27) The Shoko Chukin Bank, Ltd.; (28) Tullett Prebon plc; (29) UBS AG; (30) UBS Securities Japan Co., Ltd. (collectively, "Moving Defendants") move to dismiss Plaintiffs' First Amended Class Action Complaint ("Amended Complaint" or "AC") (ECF No. 148) for lack of standing pursuant to Federal Rule of Civil Procedure 12(b)(1) and for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure Rule 12(b)(6), and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on March 10, 2017, having rendered its Memorandum Decision and Order stating that Plaintiffs have failed to plead facts that support a finding of Article III standing to bring federal claims based on Moving Defendants' alleged manipulation of Yen LIBOR and Euroyen TIBOR; accordingly, granting Moving Defendants' motion to dismiss the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1). This Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims against Moving Defendants; and dismissing Plaintiffs' Amended Complaint in its entirety against Moving Defendants, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 10, 2017, Plaintiffs have failed to plead facts that support a finding of Article III standing to bring federal claims based on Moving Defendants' alleged manipulation of Yen LIBOR and Euroyen TIBOR. Accordingly, Moving Defendants' motion to dismiss the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) is granted. This Court has declined to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims against Moving Defendants. Plaintiffs' Amended Complaint is dismissed in its entirety against Moving Defendants. The Court excludes Deutsche Bank AG and DB Group Services (UK) Ltd. (collectively, "Deutsche Bank") and JPMorgan Chase & Co., JPMorgan Chase Bank, National Association, and J.P. Morgan Securities plc (collectively, "JPMorgan") from the Judgment, and retains and exercises jurisdiction over Deutsche Bank and JPMorgan in order to consider approval of their settlements with Plaintiffs in this action.

**Dated:** New York, New York
June ____, 2017

JUN 19 2017

**SO ORDERED:**

[signature]

**George B. Daniels, U.S.D.J.**