# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., HAYMAN CAPITAL MASTER FUND, L.P., JAPAN MACRO OPPORTUNITIES MASTER FUND, L.P., and CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against –<br><br>UBS AG, UBS SECURITIES JAPAN CO. LTD., MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, RBS SECURITIES INC., BARCLAYS BANK PLC, BARCLAYS PLC, BARCLAYS CAPITAL INC., CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, LLOYDS BANKING GROUP PLC, LLOYDS BANK PLC, ICAP PLC, ICAP EUROPE LIMITED,  R.P. MARTIN HOLDINGS LIMITED, MARTIN BROKERS (UK) LTD., TULLETT PREBON PLC, BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., MERRILL LYNCH INTERNATIONAL, AND JOHN DOE NOS. 1-50,<br><br>Defendants. | Docket No. 15-cv-5844 (GBD) (HBP) |

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　　　　- against -<br><br>THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, UBS AG, UBS SECURITIES JAPAN CO. LTD., THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, BARCLAYS BANK PLC, CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, LLOYDS BANKING GROUP PLC, ICAP EUROPE LIMITED, R.P. MARTIN HOLDINGS LIMITED, MARTIN BROKERS (UK) LTD., TULLETT PREBON PLC, AND JOHN DOE NOS. 1-50,<br><br>　　　　　　　　　　　Defendants. | Docket No. 12-cv-3419 (GBD) (HBP) |

**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANTS
THE BANK OF TOKYO-MITSUBISHI UFJ, LTD. AND
<u>MITSUBISHI UFJ TRUST AND BANKING CORPORATION</u>**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, the Declarations of Vincent Briganti and Brian J. Bartow, the Affidavit of Eric J. Miller, the exhibits attached thereto, and the record herein, Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable George B. Daniels, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York on July 12, 2018 at 10:00 AM, for an order granting final approval of the Settlement between Plaintiffs and The Bank of Tokyo-Mitsubishi UFJ, Ltd. (now known as MUFG Bank, Ltd.) and Mitsubishi UFJ Trust and Banking Corporation, and other relief set forth in the [Proposed] Final Approval Order and the [Proposed] Final Judgment, copies of which are attached hereto.

Dated: June 4, 2018　　　　　　**LOWEY DANNENBERG, P.C.**
White Plains, New York

　　　　　　　　　　　　　　　By: /s/ Vincent Briganti
　　　　　　　　　　　　　　　Vincent Briganti
　　　　　　　　　　　　　　　Geoffrey M. Horn
　　　　　　　　　　　　　　　Peter D. St. Phillip
　　　　　　　　　　　　　　　44 South Broadway, Suite 1100
　　　　　　　　　　　　　　　White Plains, New York 10601
　　　　　　　　　　　　　　　Tel.: 914-997-0500
　　　　　　　　　　　　　　　Fax: 914-997-0035
　　　　　　　　　　　　　　　vbriganti@lowey.com
　　　　　　　　　　　　　　　ghorn@lowey.com
　　　　　　　　　　　　　　　pstphillip@lowey.com

　　　　　　　　　　　　　　　*Class Counsel*

　　　　　　　　　　　　　　　Joseph J. Tabacco, Jr.
　　　　　　　　　　　　　　　Todd A. Seaver
　　　　　　　　　　　　　　　**BERMAN TABACCO**
　　　　　　　　　　　　　　　44 Montgomery Street, Ste. 650
　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　Tel.: 415-433-3200
　　　　　　　　　　　　　　　Fax: 415-433-6282

　　　　　　　　　　　　　　　Patrick T. Egan
　　　　　　　　　　　　　　　**BERMAN TABACCO**
　　　　　　　　　　　　　　　One Liberty Square
　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　Telephone: 617-542-8300
　　　　　　　　　　　　　　　Facsimile: 617-542-1194

Christopher Lovell
Gary S. Jacobson
**LOVELL STEWART HALEBIAN**
**JACOBSON LLP**
61 Broadway, Suite 501
New York, NY 10006
Tel.: 212-608-1900
Fax: 212-719-4677

*Additional Counsel for Plaintiffs*

2