

LOWEY DANNENBERG, P.C.

June 14, 2018

**VIA ECF AND FEDERAL EXPRESS**
The Honorable George B. Daniels
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

     **Re:**   *Laydon v. Mizuho Bank, Ltd., et al.,* No. 12-cv-3419 (GBD) ("*Laydon*");
            *Sonterra Capital Master Fund Ltd, et al. v. UBS AG, et al.,* No. 15-cv-05844
            **(GBD) ("*Sonterra*")**

Dear Judge Daniels:

    We are Class Counsel in the above-captioned actions. In accordance with the Court's March 8, 2018 Order (*Laydon*, ECF No. 854 & *Sonterra*, ECF No. 402), enclosed please find the Affidavit of Eric J. Miller on Behalf of A.B. Data, Ltd. Regarding Requests for Exclusion and the Euroyen Litigation BTMU MUTB Exclusion Report (the "Opt-Out List").

    We are pleased to report that **no** objections to the settlement were timely filed by the objection deadline of June 12, 2018.

                       Respectfully submitted,

                       Vincent Briganti

cc:    All Counsel of Record

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601-4459 (p) 914-997-0500 (f) 914-997-0035
Four Tower Bridge, 200 Barr Harbor Drive, Suite 400, West Conshohocken, PA 19428-2977 (p) 610-941-2760 (f) 610-862-9777