**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

SONTERRA CAPITAL MASTER FUND LTD. et al.,

                    Plaintiffs,

    -against-

UBS AG, et al.,

                    Defendants.

------------------------------------- x

ORDER

15 Civ. 5844 (GBD) (HBP)

GEORGE B. DANIELS, District Judge:

    This Court will hear oral argument on Defendants' motions to dismiss, (ECF No. 505), on December 8, 2020 at 10:30 a.m.

Dated: October 13, 2020
       New York, New York

                                       SO ORDERED.

                                       *George B. Daniels*
                                       GEORGE B. DANIELS
                                       UNITED STATES DISTRICT JUDGE