UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SONTERRA CAPITAL MASTER FUND LTD. et al.,

                              Plaintiffs,

      -against-

UBS AG et al.,

                             Defendants.
------------------------------------- x

ORDER

15 Civ. 5844 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Plaintiffs' request that the Court stay this case until a decision by the United States Court of Appeals for the Second Circuit in *Fund Liquidation Holdings LLC v. Bank of America Corp*, No. 19-2719, (ECF No. 531), is DENIED.

    The oral argument scheduled to occur on December 8, 2020 is hereby adjourned to February 9, 2021 at 9:45 am.

    The Clerk of Court is directed to close the motion at ECF No. 531.

Dated: New York, New York
       November 4, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge