UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SONTERRA CAPITAL MASTER FUND LTD., et al.,

                       Plaintiffs,

      -against-

UBS AG, et al.,

                       Defendants.

------------------------------------- x

ORDER

15 Civ. 5844 (GBD)

GEORGE B. DANIELS, District Judge:

The status conference is adjourned from September 21, 2021 to October 19, 2021 at 9:45am.

Dated: September 13, 2021
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE