**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Jefferson E. Bell
Direct: +1 212.351.2395
Fax: +1 212.351.5295
JBell@gibsondunn.com

October 12, 2021

**VIA ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Sonterra Capital Master Fund, Ltd. et al. v. UBS AG et al.*, 15-cv-5844 (GBD)

Dear Judge Daniels:

We represent Defendant UBS AG in the above-captioned action. On behalf of UBS, Defendant Société Générale, and Plaintiffs (collectively, "the parties"), we write to respectfully request that the Court so-order the attached stipulation. The stipulation includes (1) an extension of the deadline to serve and file any motions for reconsideration of the Court's September 30, 2021 Memorandum Decision and Order, and (2) an extension of the deadline to serve and file responsive pleadings to Plaintiffs' Second Amended Complaint.

As explained in the stipulation and proposed order, the parties have conferred and believe that the extensions are in the interests of efficiency and judicial economy.

This is the parties' first request for an extension of time to file motions for reconsideration and this is Defendants' first request for an extension of time to file responsive pleadings to the Second Amended Complaint.

Further, the parties respectfully request that the Court adjourn the upcoming conference before Your Honor, currently scheduled for next Tuesday, October 19, 2021, for three weeks on a date convenient for the Court. The parties are engaged in ongoing discussions regarding proposed case schedule(s), and an adjournment will similarly serve the interests of efficiency and judicial economy by permitting the parties the opportunity to discuss scheduling matters and make submissions before proceeding before the Court.

We thank the Court for its attention to this matter.

The Honorable George B. Daniels
October 12, 2021
Page 2

Respectfully submitted,

/s/ Jefferson E. Bell
_____

Jefferson E. Bell

cc:  All counsel of record (via ECF)