UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SONTERRA CAPITAL MASTER FUND LTD., et al.,

                        Plaintiffs,

-against-

UBS AG, et al.,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

15 Civ. 5844 (GBD)

GEORGE B. DANIELS, United States District Judge:

The October 19, 2021 status conference is cancelled, in light of this Court's referral to Magistrate Judge Cave for General Pretrial Supervision.

Dated: October 13, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE