**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
                                                            :
                                                            :
FUND LIQUIDATION HOLDINGS LLC as assignee and:            **ORDER**
successor-in-interest to Sonterra Capital Master Fund,      :
Ltd., HAYMAN CAPITAL MASTER FUND, L.P.,                     :    15 Civ. 5844 (GBD)
JAPAN MACRO OPPORTUNITIES MASTER FUND,                      :
L.P., and CALIFORNIA STATE TEACHERS'                       :
RETIREMENT SYSTEM, on behalf of themselves and             :
all others similarly situated,                             :
                                                            :
                                                            :
                              Plaintiff,                    :
             -against-                                       :
                                                            :
UBS AG, UBS SECURITIES JAPAN CO. LTD.,                      :
SOCIÉTÉ GÉNÉRALE SA, NATWEST GROUP PLC,                    :
NATWEST MARKETS PLC, NATWEST MARKETS                        :
SECURITIES, INC., BARCLAYS BANK PLC,                        :
BARCLAYS PLC, COÖPERATIEVE CENTRALE                        :
RAIFFEISEN-BOERENLEENBANK B.A., LLOYDS                      :
BANKING GROUP PLC, LLOYDS BANK PLC, NEX                     :
INTERNATIONAL LIMITED, ICAP EUROPE                          :
LIMITED, TP ICAP PLC, BANK OF AMERICA                       :
CORPORATION, BANK OF AMERICA, N.A.,                         :
MERRILL LYNCH INTERNATIONAL, and JOHN                       :
DOES NOS. 1-50.,                                            :
                                                            :
                              Defendants.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

A preliminary approval hearing for Plaintiffs' Motion for Preliminary Approval of Class

Action Settlements with (1) Barclays Bank PLC, Barclays Capital Inc., and Barclays PLC, (2) Nex

International Limited and ICAP Europe Limited, and (3) TP ICAP PLC is set for October 4, 2022 at

10:30 a.m.

Dated: New York, New York                    SO ORDERED
       August 9, 2022

                                             _George B. Daniel_
                                             GEORGE B. DANIELS
                                             United States District Judge