UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONTERRA CAPITAL MASTER FUND, LTD. et al.,

                Plaintiffs,

-v-

UBS AG, et al.,

                Defendants.

CIVIL ACTION NO.: 15 Civ. 5844 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' proposed case management plan ("PCMP"), which incorporates Defendant Société Générale's request (the "Request") for an extension of time to file its answer to Plaintiff California State Teachers' Retirement System's Second Amended Complaint. (ECF No. 628). Having reviewed the PCMP, the Court orders as follows:

1. The Request is GRANTED, and the parties' proposed schedule in the PCMP is ADOPTED except as to paragraphs 6(a) and 6(e)(i), which appeared to contain typographical errors. The Court will enter the modified PCMP by separate order.

2. A telephonic status conference is scheduled for **Tuesday, April 18, 2023 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
           October 17, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**