# MAYER | BROWN

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

---

The parties' request at ECF No. 690 is GRANTED, and the telephone conference scheduled for April 18, 2023 is ADJOURNED to **Wednesday, June 7, 2023 at 3:00 pm** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 690.

SO ORDERED    4/14/2023

*[signature]*

SARAH L. CAVE
United States Magistrate Judge

---

April 14, 2023

BY ECF

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *Fund Liquidation Holdings, LLC, et al. v. UBS AG, et al.*
      Case No. 15-cv-05844

Dear Judge Cave:

We are counsel for defendant Société Générale ("SG") in the above-captioned matter and write with the consent of counsel for plaintiff California State Teachers Retirement System ("CalSTRS"). We write to jointly and respectfully request, pursuant to Rule 1.D. of Your Honor's individual practices, that the Court adjourn the status teleconference scheduled for Tuesday, April 18, 2023. Counsel propose that a conference be scheduled for a date closer to the deadline for the parties to substantially complete their document productions, which is June 30, 2023 in response to initial requests for production. Counsel are available on June 13 and 14, 2023, subject to the Court's availability.

The parties each believe they have been diligent in pursuing discovery. Rolling productions of documents by both parties are ongoing. Counsel for the parties have conferred by phone on several occasions and exchanged letters. SG has also responded to CalSTRS' first set of interrogatories. There are no discovery disputes that are ripe for the Court's consideration at this time. Additionally, SG will be filing an amended answer and defenses to the Second Amended Complaint next week pursuant to discussions between the parties and information developed since the original answer was filed.

We thank the Court for its attention to this matter and counsel are available to address any questions the Court may have.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).