**MAYER | BROWN**

> The parties' request at ECF No. 695 is GRANTED, and the telephone conference scheduled for June 7, 2023 is ADJOURNED to **Thursday, July 20, 2023 at 2:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.
>
> The Clerk of Court is respectfully directed to close ECF No. 695.
>
> SO ORDERED        6/5/2023
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

June 2, 2023

<u>BY ECF</u>

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   Fund Liquidation Holdings, LLC, et al. v. UBS AG, et al.
      Case No. 15-cv-05844

Dear Judge Cave:

    We are counsel for defendant Société Générale ("SG") in the above-captioned matter and write with the consent of counsel for plaintiff California State Teachers Retirement System ("CalSTRS"). The parties jointly and respectfully request, pursuant to Rule 1.D. of Your Honor's individual practices, that the Court adjourn the status teleconference scheduled for Wednesday, June 7, 2023 to a date on or after July 17, 2023, subject to the Court's availability.

    The parties have been diligent in pursuing discovery. Rolling productions of documents by both parties are ongoing. SG has produced millions of pages as well as audio files. CalSTRS is readying a large production of cooperation materials from defendants who have settled. Discovery conferrals are ongoing, including as recently as today. SG has also responded to CalSTRS' first set of interrogatories. The parties are discussing a process for depositions of foreign witnesses and the proposed expert discovery stipulation. There are no discovery disputes that are ripe for the Court's consideration at this time.

    In addition, in light of the ongoing document reviews and production and the parties' conferrals, counsel for the parties are discussing a potential extension of the June 30, 2023 deadline for substantial completion of production of documents in response to the initial requests for production. The parties anticipate writing separately to the Court on that issue.

    We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ *Andrew J. Calica*

Andrew J. Calica

cc: Counsel of Record (via ECF)

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian law partnership).