# MAYER | BROWN

> The parties' request at ECF No. 700 is GRANTED, and the telephone conference scheduled for July 20, 2023 is ADJOURNED to **Tuesday, October 3, 2023 at 12:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.
>
> The Clerk of Court is respectfully directed to close ECF No. 700.
>
> SO ORDERED     7/19/2023
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

July 18, 2023

BY ECF

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   Fund Liquidation Holdings, LLC, et al. v. UBS AG, et al., Case No. 15-cv-05844

Dear Judge Cave:

We are counsel for defendant Société Générale ("SG") in the above-captioned matter and write with the consent of counsel for plaintiff California State Teachers Retirement System ("CalSTRS"). The parties jointly and respectfully request, pursuant to Rule 1.D. of Your Honor's individual practices, that the Court adjourn the status teleconference currently scheduled for Thursday, July 20, 2023, to a date on or after the deadline for the substantial completion of fact discovery, September 29, 2023, subject to the Court's availability.

The Court recently entered the First Amended Report of Rule 26(f) Conference and Case Management Plan (Dkt. 699). The parties have been diligent in pursuing discovery. Rolling productions of documents by both parties are ongoing and the parties are engaged in conferrals concerning additional requests. SG is in the process of supplementing its prior interrogatory responses. In addition, SG recently served interrogatories and additional requests for production on CalSTRS, to which CalSTRS's responses are not yet due. Third party discovery has also commenced. The parties are currently discussing a process for taking the depositions of foreign witnesses and an expert discovery stipulation. There are no discovery disputes that are ripe for the Court's consideration at this time.

We thank the Court for its attention to this matter.

Respectfully Submitted,

*/s/ Andrew J. Calica*

Andrew J. Calica

cc:   Counsel of Record (via ECF)