# MAYER|BROWN

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**Andrew J. Calica**
T: +1 212 506 2256
acalica@mayerbrown.com

August 24, 2023

VIA ECF

The Honorable George B. Daniels
United States District Judge
U.S. District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**SO ORDERED:**

*/s/ George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: AUG 2 5 2023

Re: *Fund Liquidation Holdings, LLC, et al. v. UBS AG, et al.* Case No. 15-cv-05844

Dear Judge Daniels:

    We are counsel for defendant Société Générale ("SG") in the above-referenced action and write with the consent of counsel for plaintiff California Teachers' Retirement System ("CalSTRS"). Pursuant to Your Honor's Individual Rules and Practices, Rule I.D.1., and the Confidentiality Stipulation and Protective Order, ¶ 32 (Dkt. 599) entered by the Court in this action, the parties have been conferring regarding the materials that SG filed provisionally under seal in connection with its Motion to Dismiss the Second Amended Class Action Complaint Pursuant to the Doctrine of *Forum Non Conveniens* (Dkt. 702) ("Motion to Dismiss").

    The conferral process has been productive. Tomorrow, SG will unseal its memorandum of law (Dkt. 705) and Exhibits I and J to the Declaration of Andrew J. Calica, dated August 11, 2023, in support of SG's Motion to Dismiss. Additionally, there is no disagreement between the parties on redactions proposed to Exhibits A and E and it is not contemplated that either party will be requesting that any document remain fully under seal. Nonetheless, the parties believe that a brief extension of the deadline to file any letter motions concerning proposed redactions will allow them to complete their conferrals concerning the remaining exhibits, and likely will enable the parties to make a combined submission to the Court setting forth their respective positions.

    Accordingly, the parties jointly and respectfully request that the August 25, 2023 deadline for such letter motions (Dkt. 707) be extended through and including September 1, 2023. This is the first request for an extension of this deadline.

    We thank the Court for its attention to this matter.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian law partnership).

Mayer Brown LLP

The Honorable George B. Daniels
August 24, 2023
Page 2

          Respectfully submitted,

          */s/Andrew J. Calica*

          Andrew J. Calica

cc: All counsel of record (via ECF)

756189537