UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD. et al.,<br><br>Plaintiffs,<br><br>-v-<br><br>UBS AG, et al.,<br><br>Defendants. | CIVIL ACTION NO.: 15 Civ. 5844 (GBD) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 718 is GRANTED, and the Court orders as follows:

1. By **October 6, 2023**, the parties shall file their proposed expert discovery stipulation.

2. The telephone status conference (the "Conference") scheduled for October 3, 2023 is ADJOURNED sine die.

3. By **December 1, 2023**, the parties shall file joint letter (the "Letter") proposing a new date for the Conference.

4. Plaintiff's deadline to serve its opening class certification expert reports and disclosures is ADJOURNED sine die pending the Court's receipt of the Letter.

5. All other terms of the Case Management Plan at ECF No. 699 remain in effect.

The Clerk of Court is respectfully directed to close ECF No. 718.

Dated:   New York, New York           SO ORDERED.
         October 2, 2023

_____
SARAH L. CAVE
United States Magistrate Judge