UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD. et al., <br><br> Plaintiffs, <br><br> -v- <br><br> UBS AG, et al., <br><br> Defendants. | CIVIL ACTION NO.: 15 Civ. 5844 (GBD) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed the parties' competing proposals for paragraph 10 of their proposed Expert Discovery Stipulation and Order, the Court finds the proposal of plaintiff California State Teachers' Retirement System ("CalSTRS") to be more reasonable. Accordingly, by separate order, the Court will enter the Expert Discovery Stipulation and Order with CalSTRS's proposed paragraph 10, which requires that, if any party seeks to proffer the opinion(s) or testimony of an expert in this action who was disclosed by a party in <u>Laydon v. Mizuho Bank, Ltd. et al.</u>, No. 12 Civ. 3419 (GBD) (SLC) (S.D.N.Y.), the parties shall meet and confer in good faith to discuss whether the testimony and/or opinion(s) from such expert witness proffered in the <u>Laydon</u> action shall be produced in this action. The Court will, however, add to this provision that, if the parties are unable to reach an agreement, they may seek resolution by the Court.

Dated:   New York, New York
         October 12, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**