UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
FUND LIQUIDATION HOLDINGS LLC ET AL.,

                Plaintiffs,

-against-

                ORDER

UBS AG ET AL.,

                15 Civ. 5844 (GBD) (SLC)

                Defendants.

------------------------------------- x

GEORGE B. DANIELS, District Judge:

      The deadline for the parties to submit a status report is adjourned from December 1, 2023, to December 15, 2023. Oral argument on Defendant Société Générale's Motion to Dismiss (ECF No. 702) is adjourned *sine die*.

Dated: November 30, 2023
       New York, New York

                                      SO ORDERED.

                                      GEORGE B. DANIELS
                                      UNITED STATES DISTRICT JUDGE