UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

FUND LIQUIDATION HOLDINGS LLC ET AL.,

                Plaintiffs,

-against-

UBS AG ET AL.,

                Defendants.

------------------------------------- X

ORDER

15 Civ. 5844 (GBD) (SLC)

GEORGE B. DANIELS, District Judge:

    The deadline for the parties to submit a status report is adjourned from December 15, 2023, to December 29, 2023.

Dated: December 15, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE