UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
FUND LIQUIDATION HOLDINGS LLC ET AL.,

                Plaintiffs,

  -against-

UBS AG ET AL.,

                Defendants.

------------------------------------- X

ORDER

15 Civ. 5844 (GBD) (SLC)

GEORGE B. DANIELS, District Judge:

    This Court having been advised that Representative Plaintiffs, consisting of the California State Teachers' Retirement System, Fund Liquidation Holdings, LLC, individually and as assignee and successor-in-interest to Sonterra Capital Master Fund, Ltd., Hayman Capital Master Fund, L.P., and Japan Macro Opportunities Fund, L.P., and Defendant Société Générale have reached a preliminary settlement in this matter, the Clerk of Court is hereby directed to close the open motion at ECF No. 702. The Clerk of Court is also directed to close the open motion at ECF No. 715, which was decided on September 11, 2023. (Order, ECF No. 716.)

Dated: February 20, 2024
      New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE