# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUND LIQUIDATION HOLDINGS LLC as assignee and successor-in-interest to Sonterra Capital Master Fund, Ltd., HAYMAN CAPITAL MASTER FUND, L.P., JAPAN MACRO OPPORTUNITIES MASTER FUND, L.P., and CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>      - against -<br><br>UBS AG, UBS SECURITIES JAPAN CO. LTD., SOCIÉTÉ GÉNÉRALE S.A., NATWEST GROUP PLC, NATWEST MARKETS PLC, NATWEST MARKETS SECURITIES JAPAN LTD, NATWEST MARKETS SECURITIES, INC., BARCLAYS BANK PLC, BARCLAYS PLC, COÖPERATIEVE RABOBANK U.A., LLOYDS BANKING GROUP PLC, LLOYDS BANK PLC, NEX INTERNATIONAL LIMITED, ICAP EUROPE LIMITED, TP ICAP PLC, BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., MERRILL LYNCH INTERNATIONAL, AND JOHN DOE NOS. 1-50,<br><br>       Defendants. | Docket No. 15-cv-5844 (GBD)(SLC) |

## NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

   PLEASE TAKE NOTICE that on February 21, 2024, pursuant to and in accordance with 28 U.S.C. § 1715 (Class Action Fairness Act of 2005), defendant Société Générale caused notification of the proposed class action settlement with the Representative Plaintiffs and Settlement Class Members (as defined by the Stipulation and Agreement of Settlement, ECF 738-1) in the above-referenced action to be provided to the appropriate federal and state officials and agencies by certified mail through the U.S. Postal Service. A true and correct copy of that letter, without enclosure, is appended hereto as Exhibit A.

Dated: March 6, 2024

Respectfully submitted,

By: */s/ Andrew Calica*

Andrew Calica
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
E-mail: acalica@mayerbrown.com

*Counsel for Defendant Société Générale*

761912471