# Exhibit A

# MAYER | BROWN

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**Andrew J. Calica**
Partner
T: +1 212 506 2256
F: +1 212 849 5856
ACalica@mayerbrown.com

February 21, 2024

**BY CERTIFIED MAIL**

The Honorable Merrick B. Garland
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Schedule A Addressees

Re:   Notice of Proposed Class Action Settlement:
      *Fund Liquidation Holdings LLC, et al. v. UBS AG, et al.*, Case No. 15-cv-5844

Dear Sir or Madam:

      We write on behalf of defendant Société Générale ("SG") concerning a putative class action lawsuit entitled *Fund Liquidation Holdings LLC, et al. v. UBS AG, et al.*, Case No. 15-cv-5844 (the "Action"), pursuant to the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. § 1715. The Action, pending in the United States District Court for the Southern District of New York, before the Honorable George B. Daniels, involves alleged manipulation of Yen-LIBOR, Euroyen TIBOR, and the prices of Euroyen-Based Derivatives. This CAFA notice is to advise you that lead counsel for the Representative Plaintiffs in the Action filed an unopposed motion to preliminarily approve a settlement with SG and the accompanying Stipulation and Agreement of Settlement (the "Settlement Agreement") on February 16, 2024, and the Court issued an order granting preliminary settlement approval on February 20, 2024.

      SG denies any liability whatsoever, but has decided to settle the Action to avoid the risk, expense, inconvenience, and uncertainty of burdensome and protracted litigation, thereby putting this controversy fully to rest, and to obtain a complete dismissal of all claims asserted or sought to be asserted against SG in the Action and a release of all such claims. In accordance with its obligations under 28 U.S.C. § 1715(b), SG is providing to you the following documents and information on the thumb drive that is enclosed with this letter:

1.   **28 U.S.C. § 1715(b)(1) — Complaint and Related Materials**: A copy of the original class action complaint and the two amended class action complaints subsequently filed in this Action, together with materials filed with those complaints, can be found on the enclosed thumb drive.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).

February 21, 2024
Page 2

2. **28 U.S.C. § 1715(b)(2) — Notice of Any Scheduled Judicial Hearing**: The Court did not schedule a hearing to consider the motion for preliminary approval of the proposed settlement. The Fairness Hearing to consider final approval of the settlement and entry of final judgement has been set for June 18, 2024. Please be advised that other hearings may be scheduled, but you will not receive any further notice, other than this document, regarding the scheduling of any of the hearings referred to in this paragraph. Copies of Representative Plaintiffs' motion to preliminarily approve the settlement with SG, and Representative Plaintiffs' memorandum of law in support of that motion, and accompanying materials, dated February 16, 2024, as well as the Court's order granting preliminary settlement approval, can be found on the enclosed thumb drive.

3. **28 U.S.C. § 1715(b)(3) — Notification to Class Members**: Pursuant to the preliminary approval order, Representative Plaintiffs' counsel shall submit a notice plan to the Court for approval. The Plan of Distribution is among the materials that Representative Plaintiffs filed on February 16, 2024 in this Action and can be found on the enclosed thumb drive.

4. **28 U.S.C. § 1715(b)(4) — Class Action Settlement Agreement**: A copy of the Settlement Agreement is included on the enclosed thumb drive.

5. **28 U.S.C. § 1715(b)(5) — Any Settlement or Other Agreement**: Please be advised that the parties to the Settlement Agreement have also entered into a confidential supplemental agreement, which is referred to in paragraph 23 of the Settlement Agreement. The supplemental agreement sets forth certain conditions under which SG shall have the unilateral option to terminate the Settlement if a certain agreed-upon threshold of settlement class members opt out of the Settlement. As further described in the Settlement Agreement, the settling parties agreed to maintain, to the extent permitted by law, the confidentiality of the terms of the supplemental agreement which, unless otherwise ordered by the Court, shall not be filed with the Court. It is common for agreements of this nature to remain confidential because "knowledge of the specific number of opt outs that will vitiate a settlement might encourage third parties to solicit class members to opt out." Manual for Complex Litigation (4th ed.) § 21.631.

6. **28 U.S.C. § 1715(b)(6) — Final Judgment**: Final judgment has not been entered, and no notices of dismissal have been filed.

7. **28 U.S.C. § 1715(b)(7)(A)-(B) — Names of Class Members/Estimate of Class Members**: Although the process of identifying potential settlement class members has begun, pursuant to 28 U.S.C. § 1715(b)(7)(A), at this time a complete list of names and states of residence of the settlement class members is not available. It is also not yet feasible to provide a reasonable estimate of the number of settlement class members residing in each state, or the estimated proportionate share of the claims of such members to the entire settlement. *See id.*; *see also* 28 U.S.C. § 1715(b)(7)(B). Representative Plaintiffs in this case have estimated that there are thousands of members that fall within the definition of the settlement class. Only after the claims administrator calculates each settlement class

member's allocation of the net proceeds of the Settlement Amount pursuant to the Distribution Plan will any proportionate recovery be subject to calculation—and even then, only based on the identity of settlement class members who submit Proof of Claim Forms. As a result, SG is unable at this time, and absent completion of the contemplated claims processes, to provide a reasonable estimate of the number of settlement class members residing in each state or the estimated proportionate share of the claims of such members.

8. **28 U.S.C. § 1715(b)(8) — Judicial Opinions Related to the Settlement**: There are no written judicial opinions related to the Settlement.

The foregoing information is provided based on the status of the proceedings at the time of this notification and on the information currently available to SG. If for any reason you believe that the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact Mayer Brown LLP so that SG can address any concerns or questions you may have.

Sincerely,

Andrew J. Calica

*Counsel for Société Générale*

cc (w/o encl.):   Hon. George B. Daniels (via ECF)
                  Counsel of Record (via ECF)

## **SCHEDULE A**

### **Attorneys General**

Alabama Attorney General Steve Marshall
Office of the Attorney General
501 Washington Ave.
P.O. Box. 300152
Montgomery, AL 36104
(334) 242-7300

Alaska Attorney General Treg R. Taylor
Alaska Department of Law — Civil Division
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501-1994
(907) 269-5100

American Samoa Attorney General Fainu'ulelei Alailima-Utu
A.P. Lutali Executive Office Building, 3rd Floor
P. 0. Box 7
Utulei, Territory of American Samoa
Pago Pago, American Samoa 96799
(684) 633-4163

Arizona Attorney General Kris Mayes
Office of the Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-2926
(602) 542-5025

Arkansas Attorney General Tim Griffin
Office of the Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(800) 482-8982

California CAFA Coordinator
Attention: Rob Bonta
Office of the Attorney General
Consumer Protection Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
(415) 510-4400

Colorado Attorney General Phil Weiser
Office of the Attorney General — Colorado Dept. of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
(720) 508-6000

Connecticut Attorney General William Tong
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5318

Delaware Attorney General Kathy Jennings
Delaware Department of Justice
Carvel State Office Bldg.
820 N. French Street
Wilmington, DE 19801
(302) 577-8400

District of Columbia Attorney General Brian Schwalb
Office of the Attorney General
400 6th Street, NW
Washington DC 20001
(202) 727-3400

Federated States of Micronesia Attorney General Joses Gallen
Office of the Secretary
Department of Justice for the Federated States of Micronesia
P.O. Box PS 105
Palikir, Pohnpei, FM 96941
(691) 320-2614

Florida Attorney General Ashley Moody
Office of the Attorney General
The Capitol PL-01
Tallahassee, FL 32399-1050
(850) 414-3300

Georgia Attorney General Christopher Carr
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334-1300
(404) 656-3300

Guam Attorney General Douglas Moylan
Office of the Attorney General of Guam
Administration Division
ITC Building, 590 S. Marine Corps. Drive, Ste. 706
Tamuning, Guam 96913
(671) 475-3324

Hawaii Attorney General Anne E. Lopez
Office of the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1500

Idaho Attorney General Raul Labrador
Office of the Attorney General
Statehouse
700 W. Jefferson St., Suite 210
P.O. Box 83720
Boise, ID 83720
(208) 334-2400

Illinois Attorney General Kwame Raoul
Office of the Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-3000

Indiana Attorney General Todd Rokita
Office of the Attorney General
Indiana Government Center South 5th Floor
302 West Washington Street
Indianapolis, IN 46204
(317) 232-6201

Iowa Attorney General Brenna Bird
Office of the Attorney General
Hoover State Office Bldg.
1305 E. Walnut Street
Des Moines, IA 50319
(515) 281-5164

Kansas Attorney General Kris Kobach
Office of the Attorney General
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612-1597
(785) 296-2215

Kentucky Attorney General Daniel Cameron
Office of the Attorney General
700 Capitol Avenue
Capitol Building, Suite 118
Frankfort, KY 40601
(502) 696-5300

Louisiana Attorney General Liz Murrill
Office of the Attorney General
P.O. Box 94005
Baton Rouge, LA 70804-4095
225-326-6000

Maine Attorney General Aaron Frey
Office of the Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800

Maryland Attorney General Anthony Brown
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202-2202
(410) 576-6300

Massachusetts Attorney General Andrea Campbell
Office of the Attorney General
1 Ashburton Place, 20th Floor
Boston, MA 02108-1698
(617) 727-2200

Michigan Attorney General Dana Nessel
Office of the Attorney General
G. Mennen Williams Bldg.
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909-0212
(517) 335-7622

Minnesota Attorney General Keith Ellison
Office of the Attorney General
Attention: CAFA Coordinator
445 Minnesota St., Suite 1400
St. Paul, MN 55101-2131
(651) 296-3353

Mississippi Attorney General Lynn Fitch
Office of the Attorney General
Department of Justice
550 High Street, #1200
Jackson, MS 39205
(601) 359-3680

Missouri Attorney General Andrew Bailey
Office of the Attorney General
Supreme Ct. Bldg.
207 W. High St.
Jefferson City, MO 65102
(573) 751-3321

Montana Attorney General Austin Knudsen
Office of the Attorney General
Justice Bldg.
215 N. Sanders, 3rd Fl.
P.O. Box 201401
Helena, MT 59620-1401
(406) 444-2026

Nebraska Attorney General Mike Hilgers
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683

Nevada Attorney General Aaron Ford
Office of the Attorney General
Old Supreme Ct. Bldg.
100 N. Carson St.
Carson City, NV 89701
(775) 684-1100
NVAGCAFAnotices@ag.nv.gov

New Hampshire Attorney General John Formella
Office of the Attorney General
33 Capitol St.
Concord, NH 03301-6397
(603) 271-3658

New Jersey Attorney General Matthew Platkin
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625
(609) 292- 8740

New Mexico Attorney General Raul Torrez
Office of the Attorney General
408 Galisteo Street
Santa Fe, NM 87501
(505) 490-4060

New York Attorney General Letitia James
CAFA Coordinator
Office of the Attorney General
28 Liberty Street, 15th Floor
New York, NY 10005
(518) 474-7330

North Carolina Attorney General Josh Stein
Office of the Attorney General
Dept. of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001
(919) 716-6400

North Dakota Attorney General Drew Wrigley
Office of the Attorney General
State Capitol
600 E. Boulevard Ave., Department 125
Bismarck, ND 58505-0040
(701) 328-2210

Northern Mariana Islands Attorney General Edward E. Manibusan
Office of the Attorney General
Administration Building
P.O. Box 10007
Saipan, MP 96950-8907
(670) 664-2341

Ohio Attorney General Dave Yost
Office of the Attorney General
State Office Tower
30 E. Broad St., 14th Floor
Columbus, OH 43215
(614) 466-4320

Oklahoma Attorney General Gentner Drummond
Office of the Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921

Oregon Attorney General Ellen F. Rosenblum
Office of the Attorney General
Justice Bldg.
1162 Court St., NE
Salem, OR 97301
(503) 378-6002

Palau Office of the Attorney General
Vice President Uduch Sengebau Senior, Ministry of Justice
P.O. Box 100
Koror, PW 96940
(680) 488-3198

Pennsylvania Attorney General Michelle Henry
Office of the Attorney General
16th Floor Strawberry Square
Harrisburg, PA 17120
(717) 787-3391

Puerto Rico Attorney General Domingo Emanuelli Hernández
P.O. Box 902192
San Juan, PR 00902-0192
(787) 721-2900

Republic of the Marshall Islands
Office of the Attorney General
P.O. Box 890
Majuro, MH 96960
(692) 625-3244

Rhode Island Attorney General Peter Neronha
Office of the Attorney General
150 S. Main St.
Providence, RI 02903
(401) 274-4400

South Carolina Attorney General Alan Wilson
Office of the Attorney General
Rembert C. Dennis Office Bldg.
1000 Assembly Street, Room 519
Columbia, SC 29201
(803) 734-3970

South Dakota Attorney General Marty Jackley
Office of the Attorney General
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501
(605) 773-3215

Tennessee Attorney General Jonathan Skrmetti
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-3491
(615) 741-3491

Texas Attorney General Ken Paxton
Office of the Attorney General
Capitol Station
P.O. Box 12548
Austin, TX 78711-2548
(512) 463-2100

Utah Attorney General Sean Reyes
Office of the Attorney General
350 North State Street, Ste. 230
Utah State Capitol Complex
Salt Lake City, UT 84114-2320
(801) 366-0260

Vermont Attorney General Charity Clark
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-3173

Virgin Islands Attorney General Carol Thomas-Jacobs
3438 Kronprindsens Gade
G.E.R.S. Building, 2nd Floor
St. Thomas, VI 00802
(340) 774-5666

Virginia Attorney General Jason Miyares
Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219
(804) 786-2071

Washington Attorney General Bob Ferguson
Office of the Attorney General
1125 Washington St. SE, PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

A-8

West Virginia Attorney General Patrick Morrisey
Office of the Attorney General
State Capitol Complex, Bldg. 1, Room E-26
1900 Kanawha Blvd., E.
Charleston, WV 25305
(304) 558-2021

Wisconsin Attorney General Josh Kaul
Office of the Attorney General
P.O. Box 7857
Madison, WI 53707-7857
(608) 266-1221

Wyoming Attorney General Bridget Hill
Office of the Attorney General
State Capitol Bldg.
200 West 24th Street
Cheyenne, WY 82002
(307) 777-7841

**Agencies**

Board of Governors of the Federal Reserve System
Mark E. Van Der Weide
Office of the General Counsel
20th Street and Constitution Avenue N.W.
Mail Stop K-300
Washington, D.C. 20551
(202) 452-3000

California Department of Financial Protection and Innovation
Clothilde V. Hewlett, Commissioner
One Sansome Street, Suite 600
San Francisco, CA 94104
(415) 972-8540

Commodity Futures Trading Commission
Office of the General Counsel
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
(202) 418-5000

Federal Reserve of New York
Office of the General Counsel
33 Liberty Street
New York, NY 10045
(212) 720-5000

Federal Reserve of San Francisco
P.O. Box 7702
San Francisco, CA 94120-7702
(415) 974-2000

Georgia Department of Banking and Finance
Commissioner Kevin Hagler
2990 Brandywine Road
Suite 200
Atlanta, GA 30341-5565
(770) 986-1633

Illinois Department of Financial & Professional Regulation - Div of Banking
Secretary Mario Treto Jr.
320 West Washington Street, 3rd Floor
Springfield, IL 62786
(888) 473-4858

New York State Department of Financial Services
Office of the General Counsel
One State Street
New York, NY 10004-1511
(212) 480-6400

Office of the Comptroller of the Currency
Director, Litigation Division
OCC Headquarters
Constitution Center
400 7th Street, S.W., Suite 3E-218
Washington, D.C. 20219
(202) 649-6800

Megan Barbero
Office of the General Counsel
Securities and Exchange Commission
SEC Headquarters
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-5100

Texas Department of Banking
Commissioner Charles Cooper
2601 N. Lamar Blvd
Austin, TX 78705-4294
(512) 475-1300