**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FUND LIQUIDATION HOLDINGS LLC as assignee and successor-in-interest to Sonterra Capital Master Fund, Ltd., HAYMAN CAPITAL MASTER FUND, L.P., JAPAN MACRO OPPORTUNITIES MASTER FUND, L.P., and CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>UBS AG, UBS SECURITIES JAPAN CO. LTD., SOCIÉTÉ GÉNÉRALE S.A., NATWEST GROUP PLC, NATWEST MARKETS PLC, NATWEST MARKETS SECURITIES JAPAN LTD, NATWEST MARKETS SECURITIES, INC., BARCLAYS BANK PLC, BARCLAYS PLC, COÖPERATIEVE RABOBANK U.A., LLOYDS BANKING GROUP PLC, LLOYDS BANK PLC, NEX INTERNATIONAL LIMITED, ICAP EUROPE LIMITED, TP ICAP PLC, BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., MERRILL LYNCH INTERNATIONAL, AND JOHN DOE NOS. 1-50,<br><br>Defendants. | Docket No. 15-cv-5844 (GBD) |

**NOTICE OF CLASS COUNSEL'S MOTION FOR**
**AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT**
**OF EXPENSES AND PLAINTIFFS' REQUEST FOR SERVICE AWARD**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the

Declarations of Vincent Briganti, Patrick T. Egan, and Benjamin M. Jaccarino and the exhibits

attached thereto, and the record herein, Class Counsel will respectfully move this Court, before

the Honorable George B. Daniels, United States District Judge, at the United States District Court,

Southern District of New York, 500 Pearl Street, Courtroom 11A, New York, New York on June

18, 2024 at 10:00 a.m. for orders granting Class Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Expenses with respect to the Settlement with Defendant Société Générale and granting Representative Plaintiffs' request for a service award as fair, reasonable, and appropriate and other relief as set forth in the [proposed] orders to be filed with the Court.

Dated:     May 6, 2024
          White Plains, New York        Respectfully submitted,

**LOWEY DANNENBERG, P.C.**

By: */s/ Vincent Briganti*
Vincent Briganti
Geoffrey M. Horn
44 South Broadway, Suite 1100
White Plains, New York 10601
Tel.: 914-997-0500
Fax: 914-997-0035
E-mail: vbriganti@lowey.com
E-mail: ghorn@lowey.com

*Class Counsel*

Joseph J. Tabacco, Jr.
Todd A. Seaver
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Tel.: 415-433-3200
Fax: 415-433-6282

Patrick T. Egan
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Tel.: 617-542-8300
Fax: 617-542-1194

Christopher Lovell
Benjamin M. Jaccarino
**LOVELL STEWART HALEBIAN
    JACOBSON LLP**
500 5th Avenue, Suite 2440
New York, NY 10110

Tel.: 212-608-1900
Fax: 212-719-4677

*Additional Plaintiffs' Counsel*