**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
FUND LIQUIDATION HOLDINGS LLC as assignee
and successor-in-interest to Sonterra Capital Master
Fund, Ltd., HAYMAN CAPITAL MASTER FUND,
L.P., JAPAN MACRO OPPORTUNITIES MASTER
FUND, L.P., and CALIFORNIA STATE TEACHERS'
RETIREMENT SYSTEM, on behalf of themselves and
all others similarly situated,

                         Plaintiffs,

          -against-                                      15 **CIVIL** 5844 (GBD)

                                             **<u>JUDGMENT</u>**

UBS AG, et al.

                        Defendants.
-------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memo Endorsement dated July 18, 2024, Final Judgment is entered as to

defendants Bank of America Corporation, Bank of America, N.A., Cooperaticvc Rabobank

(f/k/a/ Co6pcratieve Centrale Raiffeisen-Boerenleenbank B.A.), Lloyds Banking Group pie,

Lloyds Bank place, Merrill Lynch International, NatWest Markets pie (f//k/a The Royal Bank of

Scotland pie), NatWest Group plc (f/k/a The Royal Bank of Scotland Group plc), NatWest

markets Securities Japan Ltd. (f/k/a RBS Securities Japan Limited), UBS AG, and UBS

Securities Japan Co. Ltd. ("Non-Settling Defendants") which were dismissed per Court's [570]

and [615] MEMORANDUM DECISION AND ORDER's.

**Dated:**  New York, New York

July 18, 2024

**DANIEL ORTIZ**
**Acting Clerk of Court**

**BY:**   _____
**Deputy Clerk**