**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

FUND LIQUIDATION HOLDINGS LLC as assignee and successor-in-interest to Sonterra Capital Master Fund, Ltd., HAYMAN CAPITAL MASTER FUND, L.P., JAPAN MACRO OPPORTUNITIES MASTER FUND, L.P., and CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

UBS AG, UBS SECURITIES JAPAN CO. LTD., SOCIÉTÉ GÉNÉRALE S.A., NATWEST GROUP PLC, NATWEST MARKETS PLC, NATWEST MARKETS SECURITIES JAPAN LTD, NATWEST MARKETS SECURITIES, INC., BARCLAYS BANK PLC, BARCLAYS PLC, COÖPERATIEVE RABOBANK U.A., LLOYDS BANKING GROUP PLC, LLOYDS BANK PLC, NEX INTERNATIONAL LIMITED, ICAP EUROPE LIMITED, TP ICAP PLC, BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., MERRILL LYNCH INTERNATIONAL, AND JOHN DOE NOS. 1-50,

Defendants.

Case No. 15-cv-05844-GBD-SLC

**NOTICE OF APPEAL**

**NOTICE IS HEREBY GIVEN** that Plaintiffs, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the July 18, 2024 Judgment dismissing this action (ECF No. 774), the August 30, 2022 Memorandum Decision and Order (ECF No. 615), the September 30, 2021 Memorandum Decision and Order (ECF No. 570), and all other orders entered in the case that were adverse, either in whole or in part, to Plaintiffs.

Dated: July 18, 2024
White Plains, New York

Respectfully submitted,

By: /s/ Vincent Briganti

Vincent Briganti
Raymond P. Girnys
Margaret MacLean
Sitso W. Bediako
Charles Kopel
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
rgirnys@lowey.com
mmaclean@lowey.com
sbediako@lowey.com
ckopel@lowey.com

Todd A. Seaver
Carl Hammarskjold
Colleen Cleary
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
tseaver@bermantabacco.com
chammarskjold@bermantabacco.com
ccleary@bermantabacco.com

Christopher Lovell
**LOVELL STEWART HALEBIAN JACOBSON LLP**
500 5th Avenue, Suite 2440
New York, NY 10036
Telephone: (212) 608-1900
Facsimile: (646) 398-8392
clovell@lshllp.com

*Counsel for Plaintiffs*